## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOSEPH JOHNSON, JR.                )
607 AUDREY LANE #102             )
OXON HILL, MD          20745        )
                                               )
     Plaintiff,                          )
                                               )
Vs.                                            ) Civil Action No. _____
                                               )
~~MARGARET SPELLINGS, SECRETARY~~,   )
US DEPARTMENT OF EDUCATION   )
SERVE:  Jeffrey A. Taylor, U.S. ATTORNEY
555 4TH STREET, NW
WASHINGTON, DC          20530

     And

ACS                                            )
SERVE:  KATHY KONKOL, VICE PRESIDENT )
501 BLEECKER STREET                 )
UTICA, NY          13501               )
                                               )
     Defendants.                        )

**FILED**

**DEC - 4 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-02183
Assigned To : Robertson, James
Assign. Date : 12/4/2007
Description: Admn. Agency Review

### COMPLAINT FOR JUDICIAL REVIEW OF
### ADMINISTRATIVE AGENCY DETERMINATION

     COMES NOW, the Plaintiff, Joseph Johnson, Jr., and represents to the Court,

that:

### JURISDICTION

1.     This Court has jurisdiction pursuant to 28 U.S.C. §1331 and §1346.

### PARTIES

2.     The Plaintiff, Joseph Johnson, Jr., is a natural person who is a citizen of

the United States.

3.     The Defendant, Margaret Spellings, is the Secretary of the U.S.

Department of Education, and is the head official of that agency.

4.      The Defendant, ACS, is an outsourcing contractor of the U.S. Department of Education, and at the time of the acts complained of, was engaged in the business of collecting federal student loan debts on behalf of the U.S. Department of Education.

## CONTROVERSY AND FACTUAL ALLEGATIONS

5.      Between February 16, 1993 and April 29, 1996, the Plaintiff was convicted of various crimes in the Arlington County Circuit Court, and thus maintained a criminal record in that jurisdiction.

6.      Between January 11, 1993 and May 15, 2000, the Plaintiff was incarcerated in State and Federal jails and prisons serving both State and Federal sentences.

7.      Following the Plaintiff's criminal record, and at times during periods of incarceration, between September 7, 1993 and May 12, 1996, the Plaintiff enrolled as a student at the University of Maryland and obtained various subsidized and unsubsidized direct federal student loans.

8.      The school upon which the Plaintiff enrolled offered programs in Legal Studies, Criminal Justice, and Public Safety which were designed to help students prepare for—or advance in—careers in criminal justice, government and politics, legal studies, or fire science.

9.      At the time the Plaintiff enrolled in the school, courses in Paralegal studies were designated PLGL in the school's undergraduate catalog and required ten Paralegal studies courses, at least eight of which must have been taken at the school and 30 semester hours of additional college course work (including ENGL 101 Introduction to Writing) to obtain a Paralegal studies document.

2

10.    The Plaintiff enrolled in the school's Paralegal studies training program that specifically and exclusively intended to prepare the Plaintiff for employment in the "legal environment". The Plaintiff's transcript of courses attempted at the school demonstrate that the Plaintiff registered in PLGL340 – Contract Law, PLGL411 – Consumer-Protection Law, PLGL322 – Evidence, PLGL325 – Litigation, PLGL312 – Torts, PLGL201 – Legal Writing, PLGL200 – Techniques of Legal Research, PLGL223 – Investigative Techniques, PLGL101 – Introduction to Paralegal and PLGL204 – Legal Ethics/Law Office systems.

11.    These courses were required courses in the Paralegal studies training program which were necessary to specifically and exclusively prepare the Plaintiff for employment in the "legal environment" as a Paralegal.

12.    On or about July 1, 2004, the Plaintiff consolidated $30,150.14 in federal subsidized and unsubsidized student loans that he obtained at the school while enrolled in the school's Paralegal training program.

13.    Between December 17, 2004 and December 26, 2006, the Plaintiff paid a total of $2,977.32 to the Defendant, ACS as payment against the consolidated loans.

14.    The Higher Education Act of 1965, as amended (HEA), establishes discharge requirements which are implemented through regulation at 34 C.F.R. §685.215(a).

15.    Pursuant to 34 C.F.R. §685.215(a), basis for discharge – (1) False certification. The Secretary discharges a borrower's (and any endorser's) obligation to repay a Direct Loan in accordance with the provisions of this section if a school falsely

3

certifies the eligibility of the borrower (or the student on whose behalf a parent borrowed) to receive the loan.

16.    The Secretary considers a student's eligibility to borrow to have been falsely certified by the school if the school – (iii) Certified the eligibility of a student who, because of a physical or mental condition, age, criminal record, or other reason accepted by the Secretary, would not meet the requirements for employment (in the student's State of residence when the loan was originated) in the occupation for which the training program supported by the loan was intended.

17.    Pursuant to 34 C.F.R. §668.32(3) a student is eligible to receive title IV, HEA program assistance if the student "is not incarcerated".

18.    An incarcerated student is defined under 34 C.F.R. §600.2, as a student who is "serving a criminal sentence in a Federal, State, or local penitentiary, prison, jail, reformatory, work farm, or other similar correctional institution".

19.    On each of the promissory notes, the school falsely certified the Plaintiff's eligibility. The Plaintiff was not eligible to receive any title IV, HEA program assistance because at the time of the school's certification the Plaintiff was incarcerated in State and Federal jails and prisons, and had a criminal record that would not permit the Plaintiff to meet the requirements for employment in Paralegal for which the training program supported by the loans were intended.

20.    On November 20, 2006, the Plaintiff submitted a loan discharge application to the Defendant, ACS on the basis of false certification (disqualifying status).

21.    The Plaintiff's loan discharge application alleged that he was entitled to a discharge of the loans on the basis of his criminal record and incarceration status.

22.    On May 7, 2007, the Defendant, ACS denied the Plaintiff's application on the basis that he did not inform the school of his status prior to enrollment. See Exhibit A.

23.    On May 15, 2007, the Plaintiff sought a reconsideration of that decision with the Defendant, ACS.

24.    On June 14, 2007, the Defendant, ACS denied the Plaintiff's reconsideration application on the basis that he did not  provide documentation proving that he was denied for a license due to a criminal record. See Exhibit B.

25.    On May 15, 2007, and June 26, 2007, the Plaintiff appealed the Defendant's decisions to the Department of Education.

26.    By decision dated September 6, 2007, the Department of Education denied the Plaintiff's appeal on the basis that there were no records that indicated that the Plaintiff was enrolled in a training program that specifically and exclusively prepared him for employment in law enforcement or as a Paralegal, and because the Plaintiff was not enrolled in law school. See Exhibit C.

27.    On September 10, 2007, the Plaintiff sought reconsideration of the Department of Education's determination, and provided documentation that indicated that the Plaintiff was enrolled at the University of Maryland in a Paralegal training program that specifically and exclusively prepared the Plaintiff for employment as a Paralegal. See Exhibit D.

28.    By decision dated September 25, 2007, the Department of Education denied the Plaintiff's request for reconsideration. See Exhibit E.

29.    The Plaintiff has exhausted all available administrative remedies and brings this action against the Defendants for declaratory relief by this Court.

## PRAYER FOR RELIEF

WHEREFORE,

A.    The Plaintiff prays for judgment in his favor and against the Defendants in the amount of $2,977.32, plus cost and reasonable attorney fees;

B.    A declaratory judgment declaring that the loans the Plaintiff obtained from the Defendants meet the statutory or regulatory requirements for discharge based on False Certification Disqualifying Status; and

C.    For such further and other relief as the Court deems just and proper.

Respectfully submitted,

December 4, 2007

Joseph Johnson, Jr.
607 Audrey Lane #102
Oxon Hill, MD   20745

6

07-2183
JR

JS-44
(Rev.1/05 DC)

**(a) PLAINTIFFS**

Joseph Johnson, Jr.

**DEFENDANTS**

~~Margaret Spelling, Secretary,~~

U.S. Department of Education
and
ACS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

607 Audrey Lane #102
Oxon Hill, MD  20745
301 686-0531

Case: 1:07-cv-02183
Assigned To : Robertson, James
Assign. Date : 12/4/2007
Description: Admn. Agency Review

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

⊗ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.  General Civil (Other)**        OR        ○ **F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

④

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

~~See attached~~ Complaint for Judicial Review of Administrative Agency Determination. / *34 CFR 682- 5 USC 701*

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 2,977.32<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐    NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ⊗    If yes, please complete related case form.

DATE  December 4, 2007    SIGNATURE OF ATTORNEY OF RECORD  *Joseph Johnson, Jr.*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# Direct Loans
William D. Ford Federal Direct Loan Program

**DISCHARGE DENIED**

**FALSE CERTIFICATION OR**

**UNAUTHORIZED SIGNATURE/PAYMENT**

5/7/2007

JOE JOHNSON JR

607 AUDREY LN. APT 102
OXON HILL, MD  20745-2691

ACCOUNT #: 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-1

**Reason
For Notice**
Your loan(s) did not qualify for discharge for the reason(s) checked below:

☐  Discharge Application not submitted and/or no response to our letter dated _____.

☐  Application still incomplete (another form is enclosed if you wish to resubmit).

☐  Student had a High School Diploma or GED at time of enrollment or received one before completing program of study at the school.

☐  Student received proper testing of the ability to benefit from the program of study before admission to the school.

☐  Student completed a developmental or remedial program at the school.
☐  After leaving school, student obtained a job in the occupation for which the school trained without further education or training.

☐  At the time the school certified or originated the loan(s), student met the legal requirements for employment in the state of residence in the occupation of the program of study.

☐  Signature sample documents either not received, not within the timeframe required, or do not clearly show that the signature in question was not yours.

☐  Information from another source (e.g., state licensing agency, school, Federal Student Aid (FSA) review) does not support a discharge.

☒  Other You did not inform the school of your status prior to enrollment.

**Important**

| If loan(s): | Then we: |
|---|---|
| *In repayment** | Resumed collection of your loan(s) and granted a Forbearance of principal and interest for the period in which collection activity was suspended. You must resume repayment of your loan(s) immediately. We have capitalized any outstanding interest on the account. |
| *In school* | Show you leaving school on 06/30/2004 with a loan(s) balance of $30,259.06 and a grace period ending 06/30/2004. Your first payment of approximately $70.58 will be due two to six weeks after the grace period ends. |
| *In grace period* | Show your grace period will end 6/30/2004 and your first payment will be due two to six weeks after the grace period ends. |
| ***PLUS loan(s) are considered in repayment within 60 days of final disbursement.** | |

If you have questions, please call our toll-free telephone number, which is 1-800-848-0979. Hearing-impaired borrowers can call 1-800-848-0983.

*2183*

**FILED**

DEC - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISKAV01

*Our Mission is to Ensure Equal Access to Education and to Promote Educational Excellence Throughout the Nation*
U.S. Department of Education • P.O. Box 5609, Greenville, TX 75403-5609



PLAINTIFF'S
EXHIBIT

*A*

# Direct Loans

**William D. Ford Federal Direct Loan Program**

**DISCHARGE DENIED**

**FALSE CERTIFICATION OR**

**UNAUTHORIZED SIGNATURE/PAYMENT**

6/14/2007

JOE JOHNSON JR.

607 AUDREY LN. APT 102
OXON HILL, MD 20745-2691

ACCOUNT #: 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-1

**Reason**
**For Notice**
Your loan(s) did not qualify for discharge for the reason(s) checked below:

☐    Discharge Application not submitted and/or no response to our letter dated ____.

☐    Application still incomplete (another form is enclosed if you wish to resubmit).

☐    Student had a High School Diploma or GED at time of enrollment or received one before completing program of study at the school.

☐    Student received proper testing of the ability to benefit from the program of study before admission to the school.

☒    Student completed a developmental or remedial program at the school.
☐    After leaving school, student obtained a job in the occupation for which the school trained without further education or training.

☐    At the time the school certified or originated the loan(s), student met the legal requirements for employment in the state of residence in the occupation of the program of study.

☐    Signature sample documents either not received, not within the timeframe required, or do not clearly show that the signature in question was not yours.

☐    Information from another source (e.g., state licensing agency, school, Federal Student Aid (FSA) review) does not support a discharge.

☒    Other <u>You must provide documentation proving you were denied for a license due to a criminal record.</u>

**Important**

| If loan(s): | Then we: |
|---|---|
| **In repayment\*** | Resumed collection of your loan(s) and granted a Forbearance of principal and interest for the period in which collection activity was suspended. You must resume repayment of your loan(s) immediately. We have capitalized any outstanding interest on the account. |
| **In school** | Show you leaving school on 06/30/2004 with a loan(s) balance of $30,259.06 and a grace period ending 06/30/2004. Your first payment of approximately $70.58 will be due two to six weeks after the grace period ends. |
| **In grace period** | Show your grace period will end 6/30/2004 and your first payment will be due two to six weeks after the grace period ends. |
| **\* PLUS loan(s) are considered in repayment within 60 days of final disbursement.** | |

07 2189

If you have questions, please call our toll-free telephone number, which is 1-800-848-0979. Hearing-impaired borrowers can call 1-800-848-0983.

**FILED**

DEC - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISKAV01

*Our Mission is to Ensure Equal Access to Education and to Promote Educational Excellence Throughout the Nation*
U.S. Department of Education  •  P.O. Box 5609, Greenville, TX 75403-5609



**PLAINTIFF'S EXHIBIT**

*B*



September 6, 2007

Mr. Joseph Johnson
607 Audrey Lane, #102
Oxon Hill, MD 20745

Re:    Loan Discharge Appeal

Dear Mr. Johnson:

This responds to your letters to me dated May 15 and June 26, 2007. You requested discharge of Federal Direct student loans under False Certification, Disqualifying Status, asserting you could not meet requirements established by State law for employment in your field of study. On two separate occasions, our Direct Loan servicer denied your application. You wish to appeal those decisions, asserting that Direct Loans used an invalid basis for denial.

The Higher Education Act of 1965, as amended (HEA), establishes discharge requirements under the circumstances you describe. These requirements are implemented through regulation at 34 C.F.R. 685.215(a), which states:

Basis for discharge — (1) False certification. The Secretary discharges a borrower's (and any endorser's) obligation to repay a Direct Loan in accordance with the provisions of this section if a school falsely certifies the eligibility of the borrower (or the student on whose behalf a parent borrowed) to receive the loan. The Secretary considers a student's eligibility to borrow to have been falsely certified by the school if the school—

(iii) Certified the eligibility of a student who, because of a physical or mental condition, age, criminal record, or other reason accepted by the Secretary, would not meet the requirements for employment (in the student's State of residence when the loan was originated) in the occupation for which the training program supported by the loan was intended.

*07 2183*

To be eligible for discharge, the borrower must provide convincing documentation that supports the discharge request.

*FILED*

*DEC - 4 2007*

*NANCY MAYER WHITTINGTON, CLERK*
*U.S. DISTRICT COURT*

830 First St. N.E., Washington, DC 20202
www.FederalStudentAid.ed.gov
1-800-4-FED-AID

FEDERAL STUDENT AID ▓▓ START HERE. GO FURTHER.

PLAINTIFF'S
EXHIBIT
_C_

Mr. Joseph Johnson
September 6, 2007
Page 2 of 3

To support your eligibility for this discharge, you provided a narrative; copies of court documents showing your convictions; dates of incarceration; and State laws you deemed relevant to your circumstance. While your application simply states that your program of study was law, your narrative makes reference to employment in three specific areas: law enforcement, with emphasis on your inability to obtain a license to carry a firearm; admission to the Maryland State Bar to practice law; and as a paralegal.

Based on my review of the documents you provided, federal regulations governing discharge of student loans, and records available to me, you do not meet the criteria for discharge on the basis of False Certification, Disqualifying Status. The basis for my determination is as follows:

There are no records that indicate you were enrolled in a training program that specifically and exclusively prepared you for employment in law enforcement or as a paralegal, nor were you enrolled in law school.

Although my basis for determining that you would not be eligible for discharge differs from that provided by Direct Loans, that denial is upheld.

Sincerely,

Jeff Baker
Director
Policy Liaison and Implementation


C:    Direct Loans

September 10, 2007

Jeff Baker
Director
Policy Liaison and Implementation
Federal Student Aid
U.S. Department of Education
830 First Street, N.E., Room 113C1
Washington, DC  20202

       Re:    Loan Discharge Appeal

Dear Mr. Baker:

This will acknowledge and respond to your letter dated September 6, 2007 responding to
my letters to you dated May 15 and June 26, 2007, which requested a discharge of
Federal Direct student loans under the False Certification, Disqualifying Status provision.

You stated that based on your review of the documents the undersigned provided, federal
regulations governing discharge of student loans, and records then available to you, that
the undersigned did not meet the criteria for discharge on the basis of False Certification
because there were no records that indicate the undersigned was enrolled in a training
program that specifically and exclusively prepared the undersigned for employment in
law enforcement or as a paralegal, nor was the undersigned enrolled in law school.

The purpose of the correspondence is to request that you reconsider your decision based
upon the following additional documentation and supportive facts.

Specifically, the school upon which the undersigned enrolled offered programs in Legal
Studies, Criminal Justice, and Public Safety which were designed to help students prepare
for—or advance in—careers in criminal justice, government and politics, legal studies, or
fire science. See Attachment 1.

At the time the undersigned was enrolled at the school, courses in paralegal studies[1] were
designated PLGL in the school's undergraduate catalog and required ten paralegal studies
courses, at least eight of which must have been taken at the school and 30 semester hours

07 2183

FILED

DEC - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] The school's "paralegal studies" program was recently renamed to "legal studies" program and is now
designated as LGST in the school's current undergraduate catalog. See Attachment 3.



PLAINTIFF'S
EXHIBIT
_D_

of additional college coursework (including ENGL 101 Introduction to Writing) to obtain a paralegal studies document. See Attachment 2.

The undersigned enrolled in the school's paralegal studies training program that specifically and exclusively intended to prepare the undersigned for employment in the "legal environment". The undersigned's transcript of courses attempted at the school demonstrate that the undersigned was registered in PLGL 340 – Contract Law, PLGL411 – Consumer-Protection Law, PLGL322 – Evidence, PLGL325 – Litigation, PLGL312 – Torts, PLGL201 – Legal Writings, PLGL200 – Techniques of Legal Research, PLGL223 – Investigative Techniques, PLGL101 – Introduction to Paralegal and PLGL204 – Legal Ethics/Law Office system. See Attachment 4.

These courses were required courses in the paralegal studies training program which were necessary to specifically and exclusively prepare the undersigned for employment in the "legal environment". See Attachments 2 and 3.

Thus, the undersigned does meet the criteria for discharge on the basis of False Certification, Disqualifying status because the undersigned was enrolled at the school in a training program that specifically and exclusively prepared the undersigned for employment in the "legal environment"; more specifically as a paralegal.

Accordingly, based on this additional information the undersigned request the application for discharge be granted based under the circumstances described in the application for loan discharge.

Alternatively, the undersigned requests that the discharge be granted because the school falsely certified the undersigned's eligibility to receive title IV, HEA program assistant.

Specifically, pursuant to 34 CFR §668.32(c)(2)(ii) a student is eligible to receive title IV, HEA program assistance if the student "*is not incarcerated in a Federal or State penal institution*". (Emphasis added). An incarcerated student is defined under 34 CFR §600.2, as a student who is "serving a criminal sentence in a Federal, State, or local penitentiary, prison, jail, reformatory, work farm, or other similar correctional institution"

The undersigned was incarcerated in State and Federal jails and prisons serving both State and Federal sentences between January 11, 1993 and May 15, 2000. See Attachments 5.

On each of the promissory notes, the school falsely certified the undersigned's eligibility. At the time the school made each of the certifications the undersigned was not eligible to receive any title IV, HEA program assistance because at the time of the school's certification, the school knew or should have known that the undersigned was incarcerated in State and Federal jails and prisons. Under the Act, a student is ineligible to receive federal financial Aid during the period of his incarceration. Thus, the undersigned was not eligible for Federal Financial Aid at the time the school certified each of the loans.

Accordingly, the undersigned's eligibility was "falsely certified by the institution" and a discharge of the loans is required.

Should you have any questions or require additional information, please let me know.

Sincerely,

Joseph Johnson, Jr.
607 Audrey Lane, #102
Oxon Hill, MD   20745

Enclosures

# **Attachment** 1

## School of Undergraduate Studies – Programs



### Legal Studies, Criminal Justice, and Public Safety

These UMUC programs are designed help you prepare for—or advance in—careers in criminal justice, government and politics, legal studies, or fire science. Each program provides a unique combination of academic and theoretical content with workplace-specific knowledge and skills designed to prepare you for today's demanding professions.

### Majors:

- Criminal Justice
- Emergency Management
- Fire Science
- Homeland Security
- Investigative Forensics
- Legal Studies
- Political Science

### Minors:

- Criminal Justice
- Emergency Management
- Forensics
- Fire Science
- Homeland Security
- Political Science

## **Attachment 2**

1998-1999 *Undergraduate* Catalog

One or more upper-level courses in computing, statistics, cost accounting, business finance, business law, and economics are also recommended to provide a broad perspective on management.

## Mathematics

The mathematics specialization studies number systems and their relationships, generally using rigorously defined numerical and operational symbols. The applications of mathematics form an important component of other specializations, many of which require competence in areas such as algebra, analysis, statistics, and computational and applied mathematics. A knowledge of mathematics also helps in interpreting data and organizing information in many areas, including computer science, psychology, and business management.

### Scope
The mathematics specialization focuses on abstract algebra, real analysis, differential equations, applied probability and statistics, number theory, and logic for computer science. Students can choose from an application-oriented or a theory-based principal area of specialization.

### Goals
The mathematics specialization produces graduates who have an understanding of the nature and importance of mathematics in the world and human endeavor and the ability to exhibit written and oral communication skills consistent with the mathematics and professional environment. Studies in mathematics also help adult learners become mathematically mature, expert problem solvers and reasoners with complex, technical materials. Graduates are prepared for careers in a wide variety of mathematical or statistical fields, including education, engineering, statistics, technical research, and actuarial work.

### Objectives
The student who graduates with a specialization in mathematics will be able to
- Demonstrate an understanding of the theories and reasoning skills in the analysis of a specific area or situation, such as linear algebra, advanced calculus, differential equations, or testing hypotheses.
- Use appropriate tools and software in the formulation and generation of solutions to problems.
- Demonstrate knowledge of content in diverse areas of mathematics.
- Demonstrate the utility of mathematics in the world.
- Interpret mathematical research projects.
- Demonstrate proficiency in written assignments and oral presentations.

### Specialization Requirements
A primary specialization in mathematics requires the completion of 24 semester hours from courses in mathematics and statistics. At least 15 of the 24 semester hours must be in courses numbered 300 or above.

## Paralegal Studies

The paralegal studies specialization focuses on those legal concepts, procedures, and skills that are utilized in a wide variety of legal environments. Paralegal studies prepares students for challenging and responsible work in the legal environment. Paralegals work with attorneys, performing tasks that require substantive and practical legal knowledge. Career opportunities include positions in law firms, government agencies, legal services offices, corporations, professional and trade associations, banks, real estate organizations, publishing companies, and other public- and private-sector businesses.

### Scope
The paralegal studies specialization addresses the organization, functions, and processes of institutions in the U.S. legal system, roles and issues in the paralegal field, legal ethics, and selected specialty areas. The curriculum emphasizes important skills, including legal analysis, communication, legal research, computer competence, legal drafting, investigation, organization, and specialized legal skills.

### Goals
Students who specialize in paralegal studies will be prepared to participate as efficient and effective members of legal teams. They will be able to apply their acquired knowledge and skills in a wide variety of legal settings.

### Objectives
The student who graduates with a specialization or completes a document in paralegal studies will be able to
- Explain the basic constitutional principles of the U.S. legal system.
- Explain, both in speaking and in writing, legal topics and analyses.
- Discuss issues relevant to the paralegal profession.
- Recognize and discuss ethical considerations involved in the practice of law.
- Explain basic concepts in selected specialty areas of legal practice.
- Describe basic procedures in litigation.
- Identify ways that computers can assist in the legal environment.
- Analyze facts, law, and legal issues.

41

- Perform book-based and computer-assisted legal research tasks.
- Draft writings and perform other tasks typically assigned to paralegals in selected specialty areas of legal practice.
- Use selected software to accomplish tasks in the legal environment.

### Specialization Requirements

A primary specialization in paralegal studies requires the completion of 24 semester hours from courses in paralegal studies. At least 15 of the 24 semester hours must be in courses numbered 300 or above. The courses required for a specialization are listed below.

#### The following three courses are required:

| | |
|---|---|
| PLGL 200 | Techniques of Legal Research |
| PLGL 201 | Legal Writing |
| PLGL 204 | Legal Ethics/Law Office Systems |

### Research Support

Students enrolled in paralegal courses should have access to a law library. UMUC provides access to LEXIS/NEXIS, a computer-assisted research system. In addition, the UMUC Office of Library Services can help paralegal students locate legal research sources.

### Document Requirements

A paralegal studies document requires ten paralegal studies courses, at least eight of which must be taken at UMUC, and 30 semester hours of additional college coursework (including ENGL 101 Introduction to Writing). The 30 semester hours must include 18 semester hours of general education coursework in disciplines such as communications, humanities, science, and mathematics.

#### The following five courses are required:

| | |
|---|---|
| PLGL 101 | Introduction to Law for the Paralegal |
| PLGL 200 | Techniques of Legal Research |
| PLGL 201 | Legal Writing |
| PLGL 204 | Legal Ethics/Law Office Systems |
| ENGL 101 | Introduction to Writing |

## Psychology

The psychology specialization follows an interdisciplinary curriculum that investigates the nature of mind and behavior. A specialization in psychology leads to successful careers in clinical treatment programs, human resource management, organizational consulting, schooling and education programs, basic research, and teaching, and to graduate study.

### Scope

The psychology specialization addresses a broad range of issues from many disciplines, including biology, economics, linguistics, medicine, pharmacology, philosophy, and sociology. Psychology studies support a wide range of professions—from nurse to engineer to homemaker—and varied perspectives in the workplace, including those of manager, technician, and entrepreneur. The psychology curriculum provides graduates with an understanding of a broad spectrum of areas, including the biological basis of behavior, perception, memory and cognition, the influence of environmental and social forces on the individual, personality, life-span development and adjustment, research methods, and statistical analysis.

### Goals

The psychology specialization produces graduates who possess a knowledge base of theory and research in the psychological sciences and the ability to apply the principles of psychology for the improvement of human welfare. The specialization applies psychological knowledge to nonscientific fields and the workplace and promotes multicultural and multinational awareness. It also introduces students to the basis of collaborative and professional relationships within psychology, identifies the foundations and delivery systems of the mental health profession, and prepares students for graduate study in psychology.

### Objectives

The student who graduates with a specialization in psychology will be able to

- Recognize how psychology aids job promotability and improves interpersonal relationships.
- Examine psychology in a wide context of interdisciplinary approaches, covering political overviews, cultural diversity, and timely issues.
- Demonstrate how critical observation, experimentation, and empirical reasoning are cornerstones of psychology.
- Apply theory and research in psychology to practical situations and problems.
- Communicate psychological concepts in oral and written form.
- Conduct scientific research projects, including accessing technical information, writing papers and presenting research, and utilizing computers in psychology.

## MUSIC

*Courses in music (designated MUSC) may be applied toward*
* the general education requirement in the arts and humanities; and
* electives.

### MUSC 130
#### Survey of Music Literature (3)
A study of the principles upon which music is based, along with an introduction to the musical repertoires performed in the United States today. Students may receive credit for only one of the following courses: MUSC 130 or MUSC 131.

### MUSC 140
#### Music Fundamentals I (3)
An introductory course in music theory. Notation, scales, intervals, triads, rhythm, form, and basic aural skills are covered.

### MUSC 210
#### The Impact of Music on Life (3)
(Fulfills the international perspective requirement.) A study of music as a part of culture. Materials are drawn from traditions throughout the globe to illustrate issues of historical and contemporary significance, including the impact of race, class, and gender on the study of music.

### MUSC 436
#### Jazz: Then and Now (3)
An examination of the past 75 years of jazz, its major styles and its influential artists.

### MUSC 448B
#### Special Topics in Music: The Musical Symphony (1)
An overview of the symphony from its birth in the courts of the nobility through its growth into the definitive public musical form in the Western concert arena. Topics include the elements of the symphony; its construction, performers, and composers; and its development as a means of expression in a changing culture. Selected works are explored through reading, discussion, and active listening. The goal is to become familiar with broader trends in the symphonic style.

## NUTRITION

*Courses in nutrition (designated NUTR) may be applied toward*
* electives.

NUTR 100 may be applied toward the general education requirement in the biological and physical sciences.

### NUTR 100
#### Elements of Nutrition (3)
A study of the fundamentals of human nutrition. The changing nutritional needs of individuals and families are explored. Students may receive credit for only one of the following courses: NUTR 100 or NUTR 200.

## PARALEGAL STUDIES

*Courses in paralegal studies (designated PLGL) may be applied toward*
* a document in paralegal studies, or
* bachelor's degree coursework (as part of a primary or a secondary specialization in paralegal studies or as electives).

With the approval of a counselor, certain courses may be applied toward supporting credit for a primary or a secondary specialization in business and management, criminology/criminal justice, government and politics, management, or management studies.

PLGL 401 may be applied toward the general education requirement in upper-level writing; PLGL 360 and 363A may be applied toward the general education requirement in computing.

A description of the curriculum begins on p. 41.

### PLGL 101
#### Introduction to Law for the Paralegal (3)
(Prerequisite to all other paralegal courses. No prior legal knowledge needed.) A survey of the American legal system and an overview of the role of the paralegal in the legal environment. Topics include the organization and powers of federal and state lawmaking institutions, as well as court procedures. Skills taught are those necessary for paralegal work, such as the analysis of statutory provisions and judicial opinions, along with the identification of legal issues.

## PLGL 200
### Techniques of Legal Research (3)
Prerequisite: PLGL 101. An introduction to the methods paralegals use to analyze problems and locate relevant, mandatory, and current rules and interpretations. Presentation covers the analysis, publication, and citation of judicial opinions, statutory provisions, administrative law, and legislative history. The features and use of secondary sources, digests, and other indexes are explained. The use of citators to update and identify related case law is explained, and computer-assisted research systems are introduced.

## PLGL 201
### Legal Writing (3)
Prerequisite: PLGL 200. An introduction to the principles of writing clearly and effectively, with techniques for doing so in the legal environment. Emphasis is on types of documents that paralegals may be called upon to draft, including intake memos, legal memos, and client letters.

## PLGL 204
### Legal Ethics/Law Office Systems (3)
A survey of basic principles relating to the practice of law and the responsibilities of paralegals. Rules and guidelines governing the ethical conduct of lawyers and nonlawyers are introduced. Also covered are law office management principles relevant to ethical requirements.

## PLGL 223
### Investigative Techniques (3)
Prerequisite: PLGL 201. An overview of the techniques of legal investigation used by paralegals during the processes of discovery in civil and criminal litigation. Techniques taught include those of interviewing and taking notes and statements, and using reports as testimony in court. Application of technical and scientific advances in investigative work is covered. Assignments include legal research and written and oral analysis. Students may receive credit for only one of the following courses: CJUS 220 or PLGL 223.

## PLGL 312
### Torts (3)
Prerequisite: PLGL 201. A study of the causes of action, defenses, and remedies in the major categories of tort law. Tort-litigation procedures and writings that a paralegal may be responsible for are introduced. Topics include the various intentional torts, negligence, strict liability, damages, workers' compensation, and civil procedures. Assignments include legal research and written and oral analysis.

## PLGL 315
### Domestic Relations (3)
Prerequisite: PLGL 201. A study of the legal aspects of divorce and separation. Emphasis is on Maryland law and on the processes, procedures, and writings a paralegal may handle. Topics include grounds for, defenses in, and jurisdictional issues of divorce, separation, and annulment; child custody and visitation; and alimony, child support, disposition of property, and tax consequences. Relevant aspects of civil procedures, enforcement, and the modification of orders and agreements are covered. Assignments include legal research and written and oral analysis. Students may receive credit for only one of the following courses: FMCD 487 or PLGL 315.

## PLGL 316
### Estates and Probate (3)
Prerequisite: PLGL 201. A study of the legal concepts entailed in drafting and preparing simple wills and administering estates in Maryland, as well as the processes, procedures, and writings for which a paralegal may be responsible. Topics include preliminary and practical considerations of administering an estate; the appraisal of estate assets and probate inventory; inheritance taxes; claims against the estate; management of debts, accounting, and distribution considerations; the drafting and execution of wills; and guardianships. Assignments include legal research and written and oral analysis. Students may receive credit for only one of the following courses: PLGL 216 or PLGL 316.

## PLGL 320
### Criminal Law and Procedures (3)
Prerequisite: PLGL 201. A study of the substantive and procedural aspects of the criminal-justice system. Aspects stressed are those that may affect the work of a paralegal. Topics include crimes and defenses, potential charges, and penalties. Court procedures are reviewed and explained. Assignments include legal research and written and oral analysis. Students may receive credit for only one of the following courses: CJUS 234 or PLGL 320.

## PLGL 321
### Economic-Crime Investigation (3)
Prerequisite: PLGL 201. An introduction to specific techniques for investigating white-collar crime. Presentation covers the recognition of fraud in such enterprises as real estate, purported business opportunities, planned bankruptcies, and arson, as well as classic frauds such as pyramid and Ponzi schemes. Statutory mechanisms for dealing with fraud are outlined and discussed. Assignments include legal research and written and oral analysis.

## **Attachment** 3

## Objectives

The student who graduates with a minor in journalism will be able to

- Understand communication theory and how it applies to particular types of communication, including mass communication.
- Understand fundamental concepts and techniques in public relations theory and practice and in news writing and editing for print media, broadcast media, magazines, and advertising.
- Write and edit effectively.
- Develop journalism products and processes appropriate to a given audience, environment, and need.
- Gather information from a variety of sources and critically identify, examine, and present issues associated with information communicated to diverse audiences.
- Learn about and apply techniques of independent research, including research that uses technology and fosters information literacy.
- Recognize the legal and ethical implications of communication and produce communications that are ethically and legally responsible.

## Requirements for the Minor

A minor in journalism requires the completion of 15 semester hours of coursework in journalism and communication studies; at least 9 semester hours must be earned in courses numbered 300 or above. Specific course requirements are listed below. If a specific course required for the minor is taken instead to satisfy the requirements for the major, another course in the same discipline should be substituted to fulfill the required minimum number of semester hours for the minor. Any course used to replace an upper-level course should also be upper level.

For a listing of all the requirements for the bachelor's degree, students should refer to p. 16.

### Journalism Coursework (15 s.h.)

**Required Courses (12 s.h.)**
Students must take the following foundation courses:

| COMM | 300 | Communication Theory (3) |
|------|-----|--------------------------|
| COMM | 400 | Communication and the Law (3) |
| JOUR | 201 | Writing for the Mass Media (3) |
| JOUR | 202 | Editing for the Mass Media (3) |

**Supplemental Minor Courses (3 s.h.)**
Students must choose one of the following courses to complete the 15 semester hours required for the minor:

| JOUR | 320 | News Reporting (3) |
|------|-----|--------------------|
| JOUR | 330 | Public Relations Theory (3) |
| JOUR | 331 | Public Relations Techniques (3) |
| JOUR | 334 | Public Relations Programs (3) |
| JOUR | 340 | Advertising Communication (3) |
| JOUR | 341 | Advertising Techniques (3) |
| JOUR | 350 | Photojournalism in the Digital Age (3) |

| JOUR | 371 | Magazine Article and Feature Writing (3) |
|------|-----|-------------------------------------------|
| JOUR | 380 | Science Writing for Magazines and Newspapers (3) |
| JOUR | 410 | History of Mass Communication (3) |
| JOUR | 459 | Special Topics in Mass Communication (3) |

# Legal Studies

Students may seek an academic major in legal studies.

## Major in Legal Studies

The legal studies major prepares students for challenging and responsible work in the legal environment. The curriculum is relevant and current for work in various legal settings that use paralegals and focuses on fundamental legal knowledge, skills, and ethical principles. The curriculum addresses the organization, function, and processes of the lawmaking institutions in the American legal system, as well as the role of the paralegal in the legal system and the governing rules of legal ethics. It emphasizes legal analysis, legal writing and drafting, legal research, and computer competence in the legal environment.

## Objectives

The student who graduates with a major in legal studies will be able to

- Explain the historical development and the basic constitutional principles of the American legal system.
- Compare and contrast the American legal system with other legal systems.
- Discuss issues relevant to the paralegal profession.
- Recognize and discuss ethical considerations involved in the practice of law.
- Explain substantive concepts in selected areas of legal specialization.
- Describe the procedures for settlement of civil, criminal, and administrative disputes.
- Identify ways that computers assist in the legal environment.
- Analyze facts, law, and legal issues.
- Explain legal topics and analysis.
- Complete book-based and computer-assisted legal research tasks.
- Draft writings typically assigned to paralegals in selected areas of legal practice.
- Perform tasks typically assigned to paralegals in selected areas of legal practice.
- Use selected software to accomplish tasks in the legal environment.

## Requirements for the Major

A major in legal studies requires the completion of 33 semester hours of coursework in legal studies; at least 17 semester hours must be earned in courses numbered 300 or above. Specific course requirements are listed below.

For a listing of all the requirements for the bachelor's degree, students should refer to p. 16.

### Legal Studies Coursework (33 s.h.)

**Required Foundation Courses (12 s.h.)**
Students must take the following foundation courses:

| LGST | 101 | Introduction to Law (3) |
|------|-----|-------------------------|
| LGST | 200 | Techniques of Legal Research (3) |
| LGST | 201 | Legal Writing (3) |
| LGST | 204 | Legal Ethics (3) |

**Procedure and Skill Courses (9 s.h.)**
Students must choose three of the following procedure and skill courses:*

| LGST | 320 | Criminal Law and Procedures (3) |
|------|-----|----------------------------------|
| LGST | 322 | Evidence (3) |
| LGST | 325 | Litigation (3) |
| LGST | 327 | Alternative Dispute Resolution (3) |
| LGST | 330 | Administrative Law (3) |
| LGST | 333 | Administrative Advocacy (3) |
| LGST | 360 | Computer Applications in the Legal Environment (3) |
| LGST | 363A | Computer-Assisted Litigation Support (3) |
| LGST | 370 | Advanced Legal Analysis (3) |
| LGST | 400 | Advanced Legal Research (3) |
| LGST | 401 | Advanced Legal Writing (3) |
| LGST | 425 | Advanced Civil Litigation (3) |
| LGST | 486A | Legal Studies Internship Through Co-op (3) |
| LGST | 486B | Legal Studies Internship Through Co-op (6) |

**Substantive Law Courses (9 s.h.)**
Students must choose three of the following substantive law courses:*

| LGST | 312 | Torts (3) |
|------|-----|-----------|
| LGST | 315 | Domestic Relations (3) |
| LGST | 316 | Estate and Probate (3) |
| LGST | 335 | Elder Law (3) |
| LGST | 340 | Contract Law (3) |
| LGST | 343 | Real Estate Transactions (3) |
| LGST | 411 | Consumer Protection Law (3) |
| LGST | 415 | Intellectual Property (3) |
| LGST | 420 | Immigration Law (3) |
| LGST | 431 | Government Information Practices (3) |
| LGST | 432 | Environmental Law (3) |
| LGST | 434 | Government Contracts (3) |
| LGST | 442 | Business Organizations (3) |
| LGST | 445 | Employment Law (3) |
| LGST | 450 | Bankruptcy Law (3) |

*Up to 6 semester hours of 1-semester-hour special topic courses in legal studies may also be used to satisfy the substantive law or the procedure and skill course requirements.*

**Supplemental Major Course (3 s.h.)**
Students must choose one additional course, to be selected either from the two previous lists or from the following courses in related disciplines:

| CCJS | 452 | Law of Corrections (3) |
|------|-----|------------------------|
| CCJS | 453 | White-Collar and Organized Crime (3) |
| COMM | 400 | Communication and the Law (3) |
| ENMT | 493 | Environmental Regulations and Policy (3) |
| FSCN | 412 | Political and Legal Foundations of Fire Protection (3) |
| GVPT | 399B | The Legislative Process and Lobbying Techniques (3) |
| GVPT | 402 | International Law (3) |
| GVPT | 434 | Race Relations and Public Law (3) |
| HMGT | 416 | Legal Aspects of Health Services Administration (3) |

# Management Studies

Students may seek either an academic major or minor in management studies.

## Major in Management Studies

The management studies major provides a multidisciplinary approach to management and problem solving, based on the premise that many for-profit, nonprofit, and governmental organizations require a knowledge of management principles best gained from a holistic approach to decision making. The management studies curriculum includes a foundation in business, accounting, economics, statistics, communications, and management theory and focuses on analysis and decision making across a wide spectrum of management activities. It prepares students for a variety of management-related careers.

## Objectives

The student who graduates with a major in management studies will be able to

- Apply a multidisciplinary approach to the task of researching organizational problems, issues, and opportunities.

- Analyze information, solve problems, and make decisions across a broad range of management positions from a holistic, global orientation.

- Apply important management concepts and theories from several disciplines.

- Effectively compare different strategies and operations for businesses, not-for-profit, and governmental organizations in determining the best alternative from a number of possibilities.

- Examine the global dimensions involved in managing business and not-for-profit and governmental organizations.

- Analyze global competition and competitive strategies.

- Assess important trends in international ventures, marketing, financing, and human resource management.

## JOUR 486B Internship in Journalism Through Co-op (6)

Prerequisite: Formal admission to the Co-op program (program requirements are listed on p. 12). An opportunity to combine academic theory with new, career-related experience in journalism. At least 20 hours per week must be devoted to new tasks for a total of 500 hours during the Co-op session; five to eight new tasks must be delineated in the Learning Proposal; and the course requirements must be completed. May be repeated upon approval of a new Learning Proposal that demonstrates new tasks and objectives related to journalism and that continues to advance application of academic theory in the workplace. Students may earn up to 15 semester hours in all internship coursework through Co-op toward a first bachelor's degree and up to 9 semester hours toward a second bachelor's degree.

# Legal Studies

Courses in legal studies (designated LGST) may be applied as appropriate (according to individual program requirements) toward

* a major in legal studies;
* a certificate in Paralegal Studies; and
* electives.

LGST 401 may be applied toward the general education requirement in upper-level writing; LGST 360 and 363A may be applied toward the general education requirement in computing.

Students who have already received credit for courses designated PLGL may not receive credit for comparable courses designated LGST.

A description of the legal studies major begins on p. 65.

## LGST 101 Introduction to Law (3)

(Formerly PLGL 101.) A survey of the U.S. legal system and the role of the paralegal in the legal environment. Topics include the organization and powers of federal and state lawmaking institutions, court procedures, and the analysis of statutory provisions and judicial opinions. Students may receive credit for only one of the following courses: LGST 101 or PLGL 101.

## LGST 200 Techniques of Legal Research (3)

(Formerly PLGL 200.) Prerequisite or corequisite: LGST 101. An introduction to the book-based methods paralegals use to locate relevant, mandatory, and current rules and interpretations. Topics include the analysis, publication, and citation of judicial opinions, statutory provisions, and administrative law and the features and use of secondary sources, digests, and citators. Computer-assisted research systems are introduced. Assignments require legal research in a library with a law collection. Students may receive credit for only one of the following courses: LGST 200 or PLGL 200.

## LGST 201 Legal Writing (3)

(Formerly PLGL 201.) Prerequisite: LGST 200. An introduction to the principles of writing clearly and effectively in the legal environment. Emphasis is on types of documents that paralegals may be called upon to draft, including intake memos, legal memos, and client letters. Students may receive credit for only one of the following courses: LGST 201 or PLGL 201.

## LGST 204 Legal Ethics (3)

(Formerly PLGL 204. Fulfills the civic responsibility requirement.) A survey of basic principles relating to the ethical practice of law and the responsibilities of paralegals. Rules and guidelines governing the ethical conduct of lawyers and nonlawyers are introduced. Also covered are law office management principles relevant to ethical requirements. Students may receive credit for only one of the following courses: LGST 204 or PLGL 204.

## LGST 312 Torts (3)

(Formerly PLGL 312.) Prerequisite: LGST 201. A study of the causes of action, defenses, and remedies in the major categories of tort law as well as tort-litigation procedures and writings for which a paralegal may be responsible. Topics include intentional torts, negligence, strict liability, damages, and civil procedures. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 312 or PLGL 312.

## LGST 314 Workers' Compensation Law (1)

(Formerly PLGL 398H.) A thorough study of the Maryland Workers' Compensation Act and the practice of workers' compensation law in Maryland. Practical aspects of the workers' compensation system (including jurisdiction, employer/employee relationships, injuries covered by the Act, defenses, compensation benefits, vocational rehabilitation, and appeals) are covered. Students may receive credit for only one of the following courses: LGST 314 or PLGL 398H.

## LGST 315 Domestic Relations (3)

(Formerly PLGL 315.) Prerequisite: LGST 201. A study of the various legal aspects of family law. Emphasis is on the processes, procedures, and writings a paralegal may handle. Topics include divorce, separation, and annulment; child custody and visitation; and alimony, child support, disposition of property, and legal rights of children. Relevant aspects of civil procedures, enforcement, and the modification of orders and agreements are covered. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: FMCD 487, LGST 315, or PLGL 315.

## LGST 316 Estates and Probate (3)

(Formerly PLGL 516.) Prerequisite: LGST 201. A study of the legal concepts entailed in drafting and preparing simple wills and administering estates in Maryland, as well as the processes, procedures, and writings for which a paralegal may be responsible. Topics include preliminary and practical considerations of administering an estate; the appraisal of estate assets and probate inventory; inheritance taxes; claims against the estate; management of debts, accounting, and distribution considerations; the drafting and execution of wills; and guardianships. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 316, PLGL 216, or PLGL 316.

## LGST 320 Criminal Law and Procedures (3)

(Formerly PLGL 320.) Prerequisite: LGST 201. A study of the substantive and procedural aspects of the criminal justice system, particularly those aspects related to the work of a paralegal. Topics include crimes and defenses, penalties, and court procedures. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: CJUS 234, LGST 320, or PLGL 320.

## LGST 322 Evidence (3)

(Formerly PLGL 322.) Prerequisite: LGST 201. A study of laws that govern the admissibility of evidence for establishing or controverting facts in trials and administrative proceedings, and the role of the paralegal in gathering evidence and helping attorneys prepare for trial. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 322, PLGL 222, or PLGL 322.

## LGST 325 Litigation (3)

(Formerly PLGL 325.) Prerequisite: LGST 201. An examination of the process of civil litigation and responsibilities commonly assigned to paralegals. Topics include investigation and interviewing, preparation of pleadings and motions, discovery, the conduct of the trial, and post-trial activity. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 325 or PLGL 325.

## LGST 327 Alternative Dispute Resolution (3)

(Formerly PLGL 327. Fulfills the civic responsibility requirement.) An overview of the various processes and techniques to settle disputes without court adjudication. Topics include negotiation, mediation, and arbitration, and the role of the paralegal in these areas. Students may receive credit for only one of the following courses: LGST 527, PLGL 327, or PLGL 398G.

## LGST 330 Administrative Law (3)

(Formerly PLGL 330.) Prerequisite: LGST 201. An overview of the functions and procedures of federal and state administrative agencies, as well as preparation of writings pertinent to administrative law practice. Topics include rulemaking, adjudication, the use and control of agency discretion, and disclosure of information. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 330 or PLGL 330.

## LGST 333 Administrative Advocacy (3)

(Formerly PLGL 398P.) Prerequisite: LGST 201. The fundamentals of preparing and presenting a case at an administrative agency hearing that allows representation by nonattorneys. Topics include gathering, reviewing, and organizing information; reviewing agency files; interviewing, preparing, and examining claimants and witnesses; drafting memoranda of law and opening and closing statements; organizing a hearing notebook; negotiating with the agency; and interpreting and applying agency regulations. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 333 or PLGL 398P.

## LGST 335 Elder Law (3)

(Formerly PLGL 335.) Prerequisite: LGST 201. An overview of legal issues that are increasingly relevant as the older population increases. Topics include health care, public entitlements, and legal and financial decision making. Emphasis is on the role of the paralegal in those areas. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 335, PLGL 335, or PLGL 398E.

## LGST 340 Contract Law (3)

(Formerly PLGL 340.) Prerequisite: LGST 201. A comprehensive study of the major areas of contract law that paralegals are most likely to encounter. Topics include the legal concepts of formation; modification, assignment, delegation, and status of possible third-party beneficiaries; interpretation and enforcement; discharge; breach and remedies for breach; the statute of frauds; and the parole evidence rule. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 340 or PLGL 340.

## LGST 343 Real Estate Transactions (3)

(Formerly PLGL 343.) Prerequisite: LGST 201. A study of the essentials of real estate law. Emphasis is on settlement procedures in Maryland, with a study of the processes, procedures, and writings for which a paralegal may be responsible. Discussion covers real estate contracts, types and sources of mortgage financing, title work, and closing and settlement. Other topics examined include easements and covenants, and condos, PUDs, and co-ops. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 343 or PLGL 343.

## LGST 345 Landlord Tenant Law (1)

(Formerly PLGL 398K.) A nuts-and-bolts study of landlord/tenant issues. Focus is on the rights and obligations of landlords in rental properties and the rights of tenants and how to assert those rights. Topics include lease provisions and eviction processes and how to defend against eviction. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 345 or PLGL 398K.

## LGST 360 Computer Application in the Legal Environment (3)

(Formerly PLGL 360.) Prerequisite: Basic familiarity with computers. An overview of uses of computer software in the legal environment for the prospective paralegal. The concepts and theory of computer operations are explained in the context of needs analysis for law firms. Applications such as text processing, database management, electronic spreadsheets, timekeeping, docket control, and litigation support are emphasized. Students may receive credit for only one of the following courses: CAPP 343, LGST 360, or PLGL 360.

## LGST 363A Computer-Assisted Litigation Support (3)

(Formerly PLGL 363A.) Prerequisite: LGST 325. A focused study for the intermediate computer user of the uses of computer software to support litigation. Topics include databases, document discovery, document coding and abstracting, search and retrieval methods, and project management. Students may receive credit for only one of the following courses: LGST 363A or PLGL 363A.

## LGST 370 Advanced Legal Analysis (3)

(Formerly PLGL 370.) An advanced study of the legal analysis skills needed by the paralegal to successfully complete a variety of tasks in the legal environment. Skills covered include spotting and framing legal issues, identifying and applying relevant law to predict and to advocate the outcome of legal issues, and using legal rules and interpretations to develop informal and formal discovery plans. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 370 or PLGL 370.

## LGST 400 Advanced Legal Research (3)

(Formerly PLGL 400.) Prerequisite: LGST 200. An exhaustive study of methods and techniques for planning and completing a complex legal research project. Features and uses of book-based and online sources for both primary and secondary legal authority are presented. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 400 or PLGL 400.

## LGST 401 Advanced Legal Writing (3)

(Formerly PLGL 401. Fulfills the general education requirement in intensive upper-level writing.) Prerequisite: LGST 201. A thorough grounding in the principles and techniques of drafting sophisticated legal memoranda that paralegals may be called upon to prepare. Kinds of writings that are covered include complex office and advocacy memoranda as well as selected parts of appellate briefs. Assignments include legal research. Students may receive credit for only one of the following courses: LGST 401 or PLGL 401.

## LGST 411 Consumer Protection Law (3)

(Formerly PLGL 411.) Prerequisite: LGST 201. A general overview of consumer protection law and the roles of federal, state, and local agencies for the prospective paralegal. Topics include warranties, the regulation of consumer credit, restrictions on advertising, and credit reporting. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 411 or PLGL 411.

## LGST 415 Intellectual Property (3)

(Formerly PLGL 415.) Prerequisite: LGST 201. An overview of patents, trademarks, and copyright law. Emphasis is on the role of the paralegal in application, maintenance, research, and litigation processes. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 415, PLGL 398D, or PLGL 415.

## LGST 420 Immigration Law (3)

(Formerly PLGL 420.) Prerequisite: LGST 201. An overview of the laws, agencies, and procedures involved in U.S. immigration law and the role of paralegals in immigration practice. Topics include sources and administration of immigration law and research and preparation of various immigration documents. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 420, PLGL 398R, or PLGL 420.

## LGST 425 Advanced Civil Litigation (3)

(Formerly PLGL 398N.) Prerequisites: LGST 201 and 325; LGST 322 recommended. A study of the nuts and bolts of paralegal practice in large-case civil litigation. Topics include discovery and motion practice; pretrial preparation, including the pretrial memorandum; and preparation of the excerpt of record for the appellate court. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 425 or PLGL 398N.

## LGST 431 Government Information Practices (3)

(Formerly PLGL 431.) Prerequisite: LGST 201. An introduction to federal statutes and interpretive case law governing requirements, exemptions, and procedures related to the disclosure of information by the federal government. Focus is on the processes, procedures, and writings for which a paralegal may be responsible. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 431, PLGL 331, or PLGL 431.

## LGST 432 Environmental Law (3)

(Formerly PLGL 432.) Prerequisite: LGST 201. An exploration of the statutory and regulatory bases of environmental law, for the prospective paralegal. Topics include the role of federal agencies in such undertakings as controlling various types of pollution, assessing and managing risk, and regulating toxic substances. Assignments include legal research and written and oral analysis. Students may receive credit for only one of the following courses: LGST 432, PLGL 332, or PLGL 432.

## LGST 434 Government Contracts (3)

(Formerly PLGL 434.) Prerequisites: LGST 201 and 340. An overview of the rules and regulations that must be followed in preparing and executing government contracts for the prospective paralegal. Methods of acquisition, types of contracts and settlements, modifications, socioeconomic provisions, and disputes and remedies are covered. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 434 or PLGL 434.

## LGST 442 Business Organizations (3)

(Formerly PLGL 442.) Prerequisite: LGST 201. An overview of the legal aspects of establishing, organizing, developing, and operating a business enterprise, and the processes, procedures, and writings for which a paralegal may be responsible. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 442, PLGL 342, or PLGL 442.

## LGST 445 Employment Law (3)

(Formerly PLGL 398O.) Prerequisite: LGST 201. An overview of federal and state laws governing the employment relationship in the public and private sectors. Topics include employee protection from discrimination and harassment, employer obligations toward disabled workers, privacy issues, and employment contract matters. Focus is on the knowledge and practical skills required for a paralegal working in this area. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 445 or PLGL 398O.

## LGST 450 Bankruptcy Law (3)

(Formerly PLGL 450.) Prerequisite: LGST 201. A study of the bankruptcy code and the related rules of procedure, and the role of the paralegal in assisting attorneys in bankruptcy practice. Techniques detailed include how to identify and gather relevant data and how to draft and file appropriate documents. Assignments include legal research and written analysis. Students may receive credit for only one of the following courses: LGST 450 or PLGL 450.

## LGST 486A Legal Studies Internship Through Co-op (3)

Prerequisite: Formal admission to the Co-op program (program requirements are listed on p. 12). An opportunity to combine academic theory with new, career-related experience in legal studies. At least 12 hours per week must be devoted to new tasks for a total of 180 hours during the Co-op session; four new tasks must be delineated in the Learning Proposal; and the course requirements must be completed. May be repeated upon approval of a new Learning Proposal that demonstrates new tasks and objectives related to legal studies and that continues to advance application of academic theory in the workplace. Students may earn up to 15 semester hours in all internship coursework through Co-op toward a first bachelor's degree and up to 9 semester hours toward a second bachelor's degree.

## LGST 486B Legal Studies Internship Through Co-op (6)

Prerequisite: Formal admission to the Co-op program (program requirements are listed on p. 12). An opportunity to combine academic theory with new, career-related experience in legal studies. At least 20 hours per week must be devoted to new tasks for a total of 300 hours during the Co-op session; five to eight new tasks must be delineated in the Learning Proposal; and the course requirements must be completed. May be repeated upon approval of a new Learning Proposal that demonstrates new tasks and objectives related to legal studies and that continues to advance application of academic theory in the workplace. Students may earn up to 15 semester hours in all internship coursework through Co-op toward a first bachelor's degree and up to 9 semester hours toward a second bachelor's degree.

# Library Skills

Courses in library skills (designated LIBS) may be applied toward

- the general education requirement in information literacy; and
- electives.

## LIBS 150 Information Literacy and Research Methods (1)

An introduction to the research process and methods for retrieving information in a library or through online sources. Experience in approaching research, selecting a topic, and retrieving information on topics of professional or personal interest is provided. Focus is on developing the following information literacy skills: understanding the research process; selecting relevant print and electronic sources to answer research questions; effectively using Web search engines and UMUC Information and Library Services' electronic resources to find information; and evaluating, organizing, and correctly citing the information found. Students may receive credit for only one of the following courses: COMP 111, LIBS 100, or LIBS 150.

# Management Studies

Courses in management studies (designated MGST) may be applied as appropriate (according to individual program requirements) toward

- a major or minor in management studies; and
- electives.

A description of the curriculum for the management studies major and minor begins on p. 66. Descriptions of related curricula may be found on the following pages: accounting (p. 27), business administration (p. 33), environmental management (p. 49), fire science (p. 51), human resource management (p. 60), and marketing (p. 68).

## MGST 120 Fundamentals of the Accounting Process (3)

(Not open to students who have completed ACCT 220 or an equivalent course in financial accounting. For students with little or no prior background in accounting.) An in-depth study of the accounting cycle, from journal and ledger entries to the preparation and analysis of financial statements for both service and retail concerns. Topics include special journals and cash and payroll accounting.

## MGST 140 Personal Financial Management (3)

An examination of personal financial management, blending financial theory with financial applications. Focus is on developing personal skills in financial management (such as balancing a checkbook, budgeting personal income and expenditures, and planning for financial security and retirement). Topics include elements of the U.S. financial structure (such as savings and investment alternatives, financing and credit sources, the role of insurance in protecting income and assets, and federal income tax requirements).

## MGST 161 Managerial Communications Skills (3)

An examination of the communication model. Practice is provided in sending and receiving information through reading, writing, listening, speaking, and observing nonverbal cues using job-related situations.

## MGST 162 Personnel Counseling (3)

A study of counseling as part of a supervisor's responsibilities. The counseling process is examined through role-playing exercises. Focus is on developing skills in areas such as active listening and observing, focusing on the problem, empathetic understanding, guiding decision making, and recognizing referral situations. Counseling situations (e.g., performance appraisals, gender issues, personal crises that affect work performance, and performance problems) are drawn from the work environment.

**<u>Attachment</u> 4**

```
02/06/95  13:40                    UNIVERSITY OF MARYLAND                          PAGE   1
                                   UNIVERSITY COLLEGE
                              TENTATIVE EVALUATION AS OF 02/06/95

      PAC/BAC: PLGL/ENGL                                                         JOE JOHNSON JR
      ·  DEGREE: Bachelor of Science                                              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
CATALOG EDITION: 9109                                              ·:.    ADVISOR : Sharon M. Aceti


      JOE JOHNSON JR
      607 AUDREY LANE #202
      FOREST HEIGHTS MD 20745

      This evaluation is provided for advisement only. It is not an official record. Students are responsible for meeting
requirements, and should be aware that a minimum of 120 cumulative hours and a 2.0 GPA overall are required for graduation.

I.   GENERAL EDUCATION REG.                    COURSES               GRADE        CREDITS      DO NOT TAKE
A.  COMMUNICATIONS  9 s.h.
  01  ENGL101 or equivalent  3 s.h.                  remaining credits                3.00

  02  Writing  3 s.h.                                remaining credits                3.00

  03  Speech/Writing  3 s.h.                         remaining credits                3.00

OVERALL COMMUNICATIONS  9 s.h.
  Applicable Credits :         0.00
  Remaining Credits  :         9.00
```

```
B.  SOCIAL SCIENCES  6 s.h.
  01  Social Sciences  6 s.h.                        remaining credits        —       6.00

OVERALL SOCIAL SCIENCES  6 s.h.
  Applicable Credits :         0.00
  Remaining Credits  :         6.00
```

```
C.  ARTS & HUMANITIES  6 s.h.
  01  Arts & Humanities  6 s.h.                      remaining credits                6.00

OVERALL ARTS & HUMANITIES  6 s.h.
  Applicable Credits :         0.00
  Remaining Credits  :         6.00
```

```
D.  MATH/SCIENCE  9 s.h.
  01  Mathematics  3 s.h.                            remaining credits                3.00

  02  Math/Natural Science  6 s.h.                   remaining credits                6.00

OVERALL MATH/SCIENCE  9 s.h.
  Applicable Credits :         0.00
  Remaining Credits  :         9.00
```

```
E.  ELECTIVES  33 s.h. minimum
  01  Upper-level electives                          remaining credits                9.00

  02  Any-level electives        9502 CCSS 105       remaining credits      (3)      24.00
                                 9502 CCSS 234                              (3)
OVERALL ELECTIVES  33 s.h. minimum
  Applicable Credits :         0.00
  Remaining Credits  :        33.00
```

```
02/06/95  13:40                    UNIVERSITY OF MARYLAND                          PAGE   2
                                    UNIVERSITY COLLEGE
                             TENTATIVE EVALUATION AS OF 02/06/95

     PAC/SAC: PLGL/ENGL                                                       JOE JOHNSON JR
       DEGREE: Bachelor of Science                                             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
CATALOG EDITION: 9109                                                    ADVISOR : Sharon N. Aceti
```

| | | COURSES | GRADE | CREDITS | DO NOT TAKE |
|---|---|---|---|---|---|
| II.  PARALEGAL STUDIES | | | | | |
| A.  PRIMARY CONC.- PLGL   24 s.h. | | | | | |
| 01  Upper-level PAC   15 s.h. | 9402  PLGL340 | CONTRACT LAW | B | 3.00 | |
| | 9402  PLGL411 | CONSUMER-PROT LAW | B | 3.00 | |
| | 9409  PLGL322 | EVIDENCE | B | 3.00 | |
| | 9402  PLGL325 | LITIGATION | C | 3.00 | |
| | 9409  PLGL312 | TORTS | C | 3.00 | |
| 02  Any-level PAC   9 s.h. | 9309  PLGL201 | LEGAL WRITING | B | 3.00 | |
| | 9409  PLGL200 | TECH OF LEGAL RSRCH | C | 3.00 | |
| | 9409  PLGL223 | INVESTIGATIVE TECH | C | 3.00 | |

```
OVERALL PRIMARY CONC.- PLGL   24 s.h.
   Applicable Credits :     24.00
   Remaining Credits  :      0.00
----------------------------------------------------------------------------------------------
III.  ENGL SECONDARY CONCENTRATION
A.  SECONDARY CONC.- ENGL  21 s.h.
   01  Upper-level SAC  15 s.h.            remaining credits              15.00

   02  Any-level SAC   6 s.h.              remaining credits               6.00

OVERALL SECONDARY CONC.- ENGL  21 s.h.
   Applicable Credits :      0.00
   Remaining Credits  :     21.00
==============================================================================================
                   RESIDENT          TRANSFER
Credits in PAC        24.00            0.00
Credits in PAC/SAC    24.00            0.00
==============================================================================================
IV.  B. S. OPTION - PLGL
A.  B.S. OPTION  12 s.h.
   01  Related Courses  12 s.h.       9309  PLGL101    INTRO TO PARALEGAL    C    3.00
                                      9402  PLGL204    LGL ETH/LAW OFF SYS   C    3.00
                                      9502  PLGL 315   remaining credits         (3)   6.00
OVERALL B.S. OPTION  12 s.h.          9502  PLGL 401                              (3)
   Applicable Credits :      6.00
   Remaining Credits  :      6.00
----------------------------------------------------------------------------------------------
```

02/06/95  13:40

UNIVERSITY OF MARYLAND
UNIVERSITY COLLEGE
TENTATIVE EVALUATION AS OF 02/06/95

PAGE  3

JOE JOHNSON JR
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
ADVISOR : Sharon M. Aceti

PAC/BAC: PLGL/ENGL
DEGREE: Bachelor of Science
CATALOG EDITION: 9109

A.  GRADUATION/DISTRIBUTION REQ.
01  Any upper-level  45 s.h.

| 9402 | PLGL340 | CONTRACT LAW | B | 3.00 | |
| 9402 | PLGL411 | CONSUMER-PROT LAW | B | 3.00 | |
| 9409 | PLGL322 | EVIDENCE | B | 3.00 | |
| 9402 | PLGL325 | LITIGATION | C | 3.00 | |
| 9409 | PLGL312 | TORTS | C | 3.00 | |
| | | remaining credits | | | 30.00 |

OVERALL GRADUATION/DISTRIBUTION REQ.
   Applicable Credits :      15.00
   Remaining Credits  :      30.00
----------------------------------------------------------------------------------

B.  GRAD'N/DIST'N - COMMUNICATIONS
01  ENGL101 or equivalent  3 s.h.                    remaining credits                3.00

02  UL Intensive Writing  3 s.h.                     remaining credits                3.00

03  Writing  3 s.h.               9309  PLGL201      LEGAL WRITING       B   3.00

04  Speech/Writing  3 s.h.                           remaining credits                3.00

OVERALL GRAD'N/DIST'N - COMMUNICATIONS
   Applicable Credits :       3.00
   Remaining Credits  :       9.00
----------------------------------------------------------------------------------

C.  GRAD./DIST. REQUIREMENTS
01  Computer  3 s.h.                                 remaining credits                3.00

03  Natural Science  3 s.h.                          remaining credits                3.00

04  Historic Context  3 s.h.                         remaining credits                3.00

05  Global Context  3 s.h.                           remaining credits                3.00
                                                                                       OR
06  Foreign Language/Global  6 s.h.                  remaining credits                6.00

OVERALL GRAD./DIST. REQUIREMENTS
   Applicable Credits :       0.00
   Remaining Credits: 12.00 OR 15.00
----------------------------------------------------------------------------------

COURSES IN PROGRESS:

| 9502 | CCJS105 | INTR TO CRIMINOLOGY | 3.00 |
| 9502 | CCJS234 | CRIM PROC&EVIDENCE | 3.00 |
| 9502 | PLGL315 | DOMESTIC RELATIONS | 3.00 |
| 9502 | PLGL401 | ADV LEGAL WRITING | 3.00 |

═══════════════════════════════════════════════════════════════════════════════

| COMMUNITY COLLEGE CREDITS : | 00.00 | EXPERIENTIAL LEARNING/COURSE CHALLENGE : | 00.00 |
| STANDARDIZED CREDIT BY EXAM : | 00.00 | VOCATIONAL/TECHNICAL CREDITS : | 00.00 |
| COOPERATIVE EDUCATION CREDITS : | 00.00 | TOTAL PASS/FAIL CREDITS : | 00.00 |

UNIVERSITY COLLEGE CREDITS :  30.00
TRANSFER CREDIT            :  00.00

TOTAL REMAINING CREDITS :  90

** AUDIT COMMENTS **

PLEASE NOTE that this is a TENTATIVE evaluation. I can't run this as an
official evaluation because we do not have your high school records. I have
enclosed a transcript request form for you to use. As soon as we receive this
transcript, I will make your evaluation official.

Also, please note that you need to take ENGL 101 as soon as possible. We
require students who are pursuing a bachelor's degree to take ENGL 101 within
their first 15 semester hours, and you are already past that point. Call 985-
7359 for English placement test information.

If you have questions about your bachelor's degree requirements, please come
in to see an advisor or contact me in writing.

Good luck with your studies.

**** END OF AUDIT REPORT ****



# University of Maryland University College

*Student Financial Services*

### Statement of Account
### Fall 1993

```
JOHNSON JR  JOE                                    8244396136
607 AUDREY LANE
APARTMENT #102
OXON HILL, MD 20745
```

| Seq# | Trans Code | Trans Description | Sem | Original Amount | Trans Balance | Due Date |
|------|-----------|-------------------|-----|----------------|---------------|----------|
| 0001 | UG01-FE05CH | APPLICATION | 9309 | 25.00 | 0.00 | 032993 |
| 0002 | CA80-CK02PY | CHECK | 9309 | 25.00- | 0.00 | 032993 |
| C0003 | UG02-TU01CH | PLGL201 /UG/SW/IS | 9309 | 480.00 | 0.00 | 082193 |
| 0004 | UG01-FE04CH | REGISTRATION | 9309 | 5.00 | 0.00 | 082193 |
| 0005 | UG02-TU01CH | PLGL200 /UG/SW/IS | 9309 | 480.00 | 0.00 | 082193 |
| 0006 | UG01-FE04CH | REGISTRATION | 9309 | 5.00 | 0.00 | 082193 |
| C0007 | UG02-TU01CH | PLGL101 /UG/SW/IS | 9309 | 480.00 | 0.00 | 082193 |
| 0008 | UG01-FE04CH | REGISTRATION | 9309 | 5.00 | 0.00 | 082193 |
| 0009 | FA10-FF17PY | SEOG AWARD 1994 | 9309 | 250.00- | 0.00 | 082593 |
| C0010 | FA10-FF07PY | PELL AWARD 1994 | 9309 | 575.00- | 0.00 | 082593 |
| C0011 | UG02-TU01CR | DROPPED-PLGL101 2061 | 9309 | 480.00- | 0.00 | 090793 |
| 0012 | UG01-FE11CH | DROP AND/OR ADD FEE | 9309 | 5.00 | 0.00 | 090793 |
| C0013 | UG02-TU01CR | DROPPED-PLGL201 2031 | 9309 | 480.00- | 0.00 | 090793 |
| 0014 | UG01-FE11CH | DROP AND/OR ADD FEE | 9309 | 5.00 | 0.00 | 090793 |
| 0015 | UG02-TU02CH | PLGL201 /UG/SW/OS | 9309 | 480.00 | 0.00 | 090793 |
| 0016 | UG01-FE07CH | DROP AND/OR ADD FEE | 9309 | 5.00 | 0.00 | 090793 |
| 0017 | UG02-TU02CH | PLGL101 /UG/SW/OS | 9309 | 480.00 | 0.00 | 090793 |
| 0018 | UG01-FE07CH | DROP AND/OR ADD FEE | 9309 | 5.00 | 0.00 | 090793 |
| 0019 | UG02-TU01CH | PLGL322 /UG/SW/IS | 9309 | 480.00 | 0.00 | 090793 |
| 0020 | UG01-FE11CH | DROP AND/OR ADD FEE | 9309 | 5.00 | 0.00 | 090793 |
| C0021 | FA10-FF07PR | ADJ-PELL AWARD 1994 | 9309 | 575.00 | 0.00 | 101193 |
| 0022 | FA10-FF07PY | PELL AWARD 1994 | 9309 | 1150.00- | 0.00 | 101193 |
| 0023 | CA80-CK02PY | CHECK | 9309 | 560.00- | 0.00 | 102193 |
| 0032 | FA10-FN07PY | PERKINS LOAN 1994 | 9309 | 1125.00- | 0.00 | 120193 |
| 0033 | CR90-CR01CH | REFUND CHECK REQUEST | 9309 | 1125.00 | 0.00 | 120793 |

\*\*\*\*\*\*\*\* END OF DETAIL RECORDS \*\*\*\*\*\*\*\*



# University of Maryland University College

*Student Financial Services*

## Statement of Account
### Spring 1994

JOHNSON JR  JOE                                    8244396136
607 AUDREY LANE
APARTMENT #102
OXON HILL, MD 20745

| Seq# | Trans Code | Trans Description | Sem | Original Amount | Trans Balance | Due Date |
|------|-----------|-------------------|-----|----------------|---------------|----------|
| 0024 | UG02-TU01CH | PLGL411 /UG/8W/IS | 9402 | 480.00 | 0.00 | 112293 |
| 0025 | UG01-FE04CH | REGISTRATION | 9402 | 5.00 | 0.00 | 112293 |
| 0026 | UG02-TU01CH | PLGL340 /UG/8W/IS | 9402 | 480.00 | 0.00 | 112293 |
| 0027 | UG01-FE04CH | REGISTRATION | 9402 | 5.00 | 0.00 | 112293 |
| 0028 | UG02-TU02CH | PLGLS25 /UG/8W/OS | 9402 | 480.00 | 0.00 | 112293 |
| 0029 | UG01-FE06CH | UG REGISTRATION O/S | 9402 | 5.00 | 0.00 | 112293 |
| 0030 | UG02-TU02CH | PLGL204 /UG/8W/OS | 9402 | 480.00 | 0.00 | 112293 |
| 0031 | UG01-FE06CH | UG REGISTRATION O/S | 9402 | 5.00 | 0.00 | 112293 |
| 0034 | FA10-FF17PY | SEOG AWARD 1994 | 9402 | 250.00- | 0.00 | 123093 |
| C0035 | FA10-FF07PY | PELL AWARD 1994 | 9402 | 575.00- | 0.00 | 123093 |
| 0036 | FA10-FN07PY | PERKINS LOAN 1994 | 9402 | 1125.00- | 0.00 | 123093 |
| C0037 | FA10-FF07PR | ADJ-PELL AWARD 1994 | 9402 | 575.00 | 0.00 | 022894 |
| 0038 | FA10-FF07PY | PELL AWARD 1994 | 9402 | 1150.00- | 0.00 | 022894 |
| 0039 | CR90-CR01CH | REFUND CHECK REQUEST | 9402 | 585.00 | 0.00 | 030794 |

******** END OF DETAIL RECORDS ********

*3501 University Boulevard East, Adelphi, MD 20783-8078 USA ▪ 301-985-7510*
*Fax 301-985-7462 ▪ finaid@umuc.edu ▪ bursaroffice@umuc.edu ▪ www.umuc.edu*



# University of Maryland University College

*Student Financial Services*

## Statement of Account
## Fall 1994

```
JOHNSON JR  JOE                              8244396136
607 AUDREY LANE
APARTMENT #102
OXON HILL, MD 20745
```

| Seq# | Trans Code | Trans Description | Sem | Original Amount | Trans Balance | Due Date |
|------|-----------|-------------------|-----|----------------|---------------|----------|
| 0040 | UG02-TU02CH | PLGL322 /UG/SW/OS | 9409 | 507.00 | 0.00 | 081694 |
| 0041 | UG01-FE06CH | UG REGISTRATION O/S | 9409 | 0.00 | 0.00 | 081694 |
| 0042 | UG02-TU01CH | PLGL312 /UG/SW/IS | 9409 | 507.00 | 0.00 | 081694 |
| 0043 | UG01-FE04CH | REGISTRATION | 9409 | 0.00 | 0.00 | 081694 |
| 0044 | UG02-TU02CH | PLGL223 /UG/SW/OS | 9409 | 507.00 | 0.00 | 081694 |
| 0045 | UG01-FE06CH | UG REGISTRATION O/S | 9409 | 0.00 | 0.00 | 081694 |
| 0046 | UG02-TU01CH | PLGL200 /UG/SW/IS | 9409 | 507.00 | 0.00 | 081694 |
| 0047 | UG01-FE04CH | REGISTRATION | 9409 | 0.00 | 0.00 | 081694 |
| 0048 | CA80-CK02PY | CHECK | 9409 | 2028.00- | 0.00 | 090294 |
| 0063 | FA10-FS01PY | GENERAL STATE | 9409 | 600.00- | 0.00 | 113095 |
| 0065 | CR90-CR01CH | REFUND CHECK REQUEST | 9409 | 600.00 | 0.00 | 121995 |

```
******** END OF DETAIL RECORDS ********
```

*3501 University Boulevard East, Adelphi, MD 20783-8078 USA ■ 301-985-7510*
*Fax 301-985-7462 ■ finaid@umuc.edu ■ bursaroffice@umuc.edu ■ www.umuc.edu*

```
8244396136   JOHNSON JR  JOE                          Account created   03/29/93
    Team:    RCCP                                                             6
             701 SANDERSON RD. C-8            H (301) 341-9663
             CHESAPEAKE, VA 23322             W (999) 999-9999
                              Date    Amount                            Amount
```

| | Date | Amount | | Amount |
|---|---|---|---|---|
| Account Balance | | $.00 | Balance at SGCU | $261.00 |
| Unapplied payments | | $.00 | Amount of writeoffs | $.00 |
| Pending payments | | $.00 | and Abatements | |
| Last Charge | 020896 | $.00 | Number Past Due | 0 |
| Last Payment | 062896 | $261.00 | Financ Eligibility | 10 INELGBLE |
| Amount of Bad Checks | | $2028.00 | | |
| Disputed Amount | | $.00 | Last Update Program DA200 | |
| Last Statement Balance | 050396 | $261.00 | Updated last on | 062896 |
| Last Statement Unapplied | | $.00 | at | 2:33 AM |
| | | | Update Trans/Status | 031 SUCCESS |
| Last Detail # Assigned | 062896 | 0088 | Last updated by | 0001 |
| Last Archived Detail # | | -0000 | | |

| CASH ONLY | NDSL FLAG | FINANC AID | AR/DAR | NDSL DELQ | CCU STATUS | CCU CLEAR |
|---|---|---|---|---|---|---|
| 00 950505 | 00 940103 | 00 960222 | 10 960628 | 00 040709 | 10 960628 | 10 960628 |

Continue (Y/N) ?

8244396136  JOHNSON JR  JOE

Account created  03/29/93

| Seq# | Trans Code | Trans Description | Sem | Original Amount | Trans Balance | SC CU | Trans Date | Due Date |
|------|-----------|-------------------|-----|-----------------|---------------|-------|-----------|----------|
| 0067 | UG02-TU01CH | PLGL325 2600 | 9602 | 522.00 | 0.00 | 0 | 011896 | 011896 |
| 0068 | GR01-FE04CH | REGISTRATION FEE | 9602 | 0.00 | 0.00 | 0 | 011896 | 011896 |
| C0069 | UG02-TU01CH | PLGL204 2600 | 9602 | 522.00 | 0.90 | 0 | 011896 | 011896 |
| 0070 | GR01-FE04CH | REGISTRATION FEE | 9602 | 0.00 | 0.00 | 0 | 011896 | 011896 |
| C0071 | FA10-FL01PY | FED SUB DIR LOAN | 9602 | 168.00- | 0.00 | 0 | 012396 | |
| 0072 | FA10-FL03PY | FED UNS DIR LOAN | 9602 | 1920.00- | 0.00 | 0 | 012396 | |
| 0073 | CR90-CR04CH | FED DIRECT LN REFUND | 9602 | 1044.00 | 0.00 | 0 | 012396 | 012396 |
| C0074 | FA10-FL01PR | ADJ-FED SUB DIR LOAN | 9602 | 168.00 | 0.00 | 0 | 012596 | |
| 0075 | FA10-FL01PY | FED SUB DIR LOAN | 9602 | 1680.00- | 0.00 | 0 | 012596 | |
| 0076 | CR90-CR04CH | FED DIRECT LN REFUND | 9602 | 1512.00 | 0.00 | 0 | 012596 | 012596 |
| C0077 | UG02-TU01CH | PLGL204 2601 | 9602 | 522.00 | 0.00 | 0 | 012996 | 012996 |
| 0078 | GR01-FE04CH | REGISTRATION FEE | 9602 | 0.00 | 0.00 | 0 | 012996 | 012996 |
| C0079 | UG02-TU01CR | CORRECT-PLGL204 2600 | 9602 | 522.00- | 0.00 | 0 | 012996 | |
| 0080 | UG10-TU01CH | ENGL101 6900 | 9602 | 522.00 | 0.00 | 0 | 012996 | 012996 |
| 0081 | GR01-FE04CH | REGISTRATION FEE | 9602 | 0.00 | 0.00 | 0 | 012996 | 012996 |
| C0082 | UG02-TU01CR | CANCLED-PLGL204 2601 | 9602 | 522.00- | 0.00 | 0 | 020696 | |
| 0083 | UG02-TU01CH | PLGL204 2600 | 9602 | 522.00 | 0.00 | 1 | 020696 | 020696 |

Continue (Y/N) ?

```
8244396136  JOHNSON JR  JOE                           Account created  03/29/93
                                          Original   Trans      SC Trans  Due
  Seq#  Trans Code   Trans Description  Sem  Amount    Balance    CU Date   Date
  ====  ==========   ================== ==== ========  ========= = ======= ======
  0084  GR01-FE04CH  REGISTRATION FEE   9602   0.00      0.00    0 020696 020696
 C0087  UG10-TU01CR  WD  50%-ENGL101 8900 9602  261.00-   0.00    0 021196
  0088  DA30-TC01PY  TRANSFER TO SCCU   9602  261.00-    0.00    0 062896
```

******** END OF DETAIL RECORDS ********

Please enter selection options or $EXIT TO exit   >>

## __Attachment__ 5





**ARLINGTON COUNTY, VIRGINIA**
OFFICE OF THE SHERIFF
COURTHOUSE
1425 N. COURTHOUSE ROAD, ROOM 9100
ARLINGTON, VIRGINIA 22201
(703) 228-4460
DETENTION FACILITY
1435 N. COURTHOUSE ROAD
ARLINGTON, VIRGINIA 22201
(703) 228-7287 OR 7286

BETH ARTHUR
SHERIFF

December 28, 2006

Joseph Johnson, Jr.
607 Audrey Lane, 102
Oxon Hill, MD 20745
P-39585

Reference: Incarceration Dates

Dear Mr. Johnson

Per your request dated December 08, 2006 for your incarceration dates are as follows:

| Dates | Charge | Disposition |
|---|---|---|
| 01/11/93 to 01/12/93 | Grand Larceny & Burglary | Released to Bond |
| 08/11/95 to 10/26/95 | Probation Violation (CR93-321); Forge Document X2 (CR95-1499&CR95-1500) | Released to Bond |
| 04/29/96 to 05/15/96 | Probation Violation (CR93-321); Forge Document X2 (CR95-1499&CR95-1500) | Released to Federal Authority |
| 07/12/96 to 07/18/96 | Probation Violation (CR93-321); Forge Document X2 (CR95-1499&CR95-1500) | Released to Federal Authority |
| 08/23/96 to 09/11/96 | Forge Document (CR93-1500) | Released to VA Department of Corrections |

Unfortunately we only keep hard copy of our files for 3 years. This is the only information I am able to certify. You will have to contact the Federal Authorities and DOC that detained you for further documentation.

If you need any further information you may contact records at (703)228-4486.

D. A. Grenier S410
Deputy Sheriff II
Case Manager



# COMMONWEALTH of VIRGINIA

*Department of Corrections*

GENE M. JOHNSON
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

December 14, 2006

Mr. Joseph Johnson, Jr.
607 Audrey Lane, #102
Oxon Hill, Maryland 20745

Re: Incarceration History — Former VSP # 239045

Dear Mr. Johnson:

This office is in receipt of your request for verification of incarceration within the
Virginia Department of Corrections.

Your incarceration history is as follows:

**VSP# 239045**
| Date | |
|---|---|
| 05/15/2000 | Not Active – Discharged Direct |
| 11/19/1999 | Greensville Correctional Center |
| 05/08/1998 | Lunenburg Correctional Center |
| 07/15/1997 | St. Brides Correctional Center |
| 07/10/1997 | Deep Meadow Correctional Center – Returned from Court |
| 01/16/1997 | Out of State Court |
| 11/01/1996 | Deep Meadow Correctional Center – Returned from Court |
| 09/25/1996 | Northern Neck Regional Jail – Out to Court |
| 09/11/1996 | Deep Meadow Correctional Center – New Prisoner Received |

I trust this information is helpful to you.

Sincerely,

J. Tisde

J. Tisda, Research Specialist
Central Criminal Records

Cc: File

USPS - Track & Confirm



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0710 0001 7418 9459
Detailed Results:

- Delivered, September 13, 2007, 6:37 am, WASHINGTON, DC 20202
- Arrival at Unit, September 13, 2007, 2:38 am, WASHINGTON, DC 20022
- Acceptance, September 10, 2007, 7:47 am, ARLINGTON, VA 22215

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X _____  ☐ Agent
                  ☐ Addressee

**B. Received by ( Printed Name)**   **C. Date of Delivery**

Dave Hardwick                       9/

**1. Article Addressed to:**

Jeff Baker
Director
Policy Liason and Implementation
Federal Student Aid
U.S. Department of Education
830 First Street, N.E., room 113C1
Washington, DC  20202

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:          ☐ No

**3. Service Type**

☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
(Transfer from service label)

7007 0710 0001 7418 9459

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



September 25, 2007

Mr. Joseph Johnson
607 Audrey Lane, #102
Oxon Hill, MD 20745

                    Re:    Loan Discharge Appeal

Dear Mr. Johnson:

        This acknowledges receipt of your September 10, 2007 request for
reconsideration of my denial of your student loan discharge request based on False
Certification, Disqualifying Status. Your request is based on information you believe
wasn't considered during my initial review of this matter.

        The information you presented was already considered in past determinations of
your requests for discharge, including mine. You do not meet the statutory or regulatory
requirements for discharge based on False Certification, Disqualifying Status.

        With respect to loan disbursement while you were incarcerated, your assertion
doesn't appear to be accurate. Records show your loans were disbursed on the following
dates:

| LOAN PERIOD | DISBURSEMENT 1 | DISBURSEMENT 2 |
|---|---|---|
| 09/07/1993-05/10/1994 | 01/03/1994 | N/A |
| 09/06/1994-05/09/1995 | 08/22/1994 | 01/09/1995 |
| 09/06/1994-05/09/1995 | 08/22/1994 | 01/09/1995 |
| 09/06/1994-05/09/1995 | 03/09/1995 | N/A |
| 09/05/1995-05/12/1996 | 01/23/1996 | N/A |
| 09/05/1996-05/12/1996 | 01/23/1996 | N/A |

Records you provided showed that, you were incarcerated from 01/11/1993 through
01/12/1993, then from 08/11/1995 through 10/26/1995, 04/29/1996-05/15/1996[1]. While I
note that one of your loan periods overlaps dates of incarceration, those loans were

_____
[1] Your records showed you were incarcerated on dates subsequent to 08/15/1996, but those dates are not
relevant to your discharge request.

830 First St. N.E., Washington, DC 20202
www.FederalStudentAid.ed.gov
1-800-4-FED-AID

FEDERAL STUDENT AID ▓█◀ START HERE. GO FURTHER.

*07 2183*

**FILED**

DEC - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S
EXHIBIT
*E*

**Mr. Joseph Johnson**
**September 25, 2007**
**Page 2 of 2**

neither certified nor disbursed while you were incarcerated.  As such, your request for reconsideration is denied.

No further consideration or response will be made to you regarding this matter.

Sincerely,

Jeff Baker
Director
Policy Liaison and Implementation


C:   Direct Loans