CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)
)        Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_____          _____
BAR IDENTIFICATION NO.                        Print Name

                                              _____
                                              Address

                                              _____
                                              City           State         Zip Code

                                              _____
                                              Phone Number

**Certificate of Service**

The undersigned hereby certifies under penalty of perjury that, on this 31st day of December 2007, copies of Defendant ACS's Certificate Rule LCvR 7.1 was served upon the following, via U.S. mail, first class postage prepaid:

Joseph Johnson, Jr.
607 Audrey Lane, #102
Oxon Hill, MD 20745

U.S. Department of Education
Margaret Spellings, Secretary
400 Maryland Avenue, SW, FOB-6
Washington, D.C. 20202

/s/  William W. Thompson, Jr.
William W. Thompson, Jr.
WThompson@pecklaw.com
D.C. Bar No. 222521
PECKAR & ABRAMSON, P.C.
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815 Telephone
(202) 293-7994 Facsimile