UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOSEPH JOHNSON, JR.,           :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 07-2183 (JR)
                               :
U.S. DEPARTMENT OF EDUCATION, et :
al.,                           :
                               :
        Defendants.            :
```

### ORDER

Pending before the Court is defendant's motion to dismiss [2].  Because plaintiff is proceeding *pro se*, this order advises plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  <u>Id</u>. at 509.  Accordingly, it is,

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss [2] on or before February 7, 2007.  If plaintiff fails to file a timely response, the Court may treat defendant's motion as conceded and dismiss the complaint.

JAMES ROBERTSON
United States District Judge