IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR.<br>607 Audrey Lane #102<br>Oxon Hill, MD 20745<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION<br>Serve: MARGARET SPELLINGS, Secretary<br>400 Maryland Avenue, S.W., FOB-6<br>Washington, D.C. 20202<br><br>and<br><br>ACS<br>Serve: KATHY KONKOL, Vice President<br>501 Bleecker Street<br>Utica, NY 13501<br><br>        Defendants. | Civil Action No. 07-2183 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant U.S. Department of Education in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

JOSEPH JOHNSON, JR.
607 Audrey Lane #102
Oxon Hill, MD 20745

on this _____ day of January, 2008.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137