**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RECEIVED

FEB  4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH JOHNSON, JR.　　　　　　)

　　　　Plaintiff,　　　　　　　　)

Vs.　　　　　　　　　　　　　) Civil No. **07-cv-02183 (JR)**

DEPARTMENT OF EDUCATION, et al.,　)

　　　　Defendants.　　　　　　　)

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT ACS'S MOTION TO DISMISS

　　　　COMES NOW, the Plaintiff, Joseph Johnson, Jr., and hereby files this Opposition

to Defendant ACS's motion to dismiss filed in the above captioned matter, and for that he

states as follows;

　　　　1.　　　On December 4, 2007, Plaintiff filed this suit against Defendant ACS, and

on December 31, 2007, Defendant ACS moved the Court to dismiss it from the suit on

the ground that Plaintiff had failed to allege a basis for subject matter jurisdiction over

Defendant ACS, or alternatively, because Plaintiff's Complaint failed to state a claim

upon which relief may be granted against Defendant ACS.

　　　　2.　　　On January 7, 2008, Plaintiff filed a First Amended Complaint in this case

terminating Defendant ACS as a Defendant. A review of the docket in this case indicates

that the Clerk's office has also terminated ACS as a Defendant in this case.

　　　　3.　　　On January 17, 2008, Defendant ACS served Plaintiff with a motion to

dismiss Plaintiff's First Amended Complaint[1] on the same grounds as it did in its original

---

[1] Defendant ACS argues that Plaintiff's Amendment is improper pursuant to Fed. R. Civ. P. 15(a).
Defendant ACS is wrong. No party has filed a "responsive" pleading in this case at the time Plaintiff filed
his First Amended Complaint. Defendant ACS's motion to dismiss on jurisdictional grounds is not a
"responsive" pleading within the meaning of the Rules. A responsive pleading is either an "answer" or a

motion. Because Defendant ACS is not any longer a party to this litigation, it does not have standing to argue a dismissal of Plaintiff's First Amended Complaint, and for this reason Defendant ACS's motion should be denied.

4.    The original complaint in this case was filed against Defendant ACS, and to the extent Defendant ACS had an interest in this case as the newly added Defendant ACS Education Solutions, LLC, it could have filed a motion asking the Court to be substituted as ACS Education Solutions, LLC pursuant to Fed. R. Civ. P. 25. However, Defendant ACS did not do that, and it is not now a party in this case.

5.    Moreover, the newly added Defendant, ACS Education Solutions, LLC, has not yet been issued or served with the complaint and summons in this case, therefore, any motion filed by Defendant ACS Education Solutions, LLC would be premature since the Court has not yet acquired personal jurisdiction over Defendant ACS Education Solutions, LLC.

WHEREFORE, the foregoing reasons, Plaintiff respectfully request that this Court will deny Defendant ACS's motion as moot, or in the alternative, deny Defendant's motion as premature.

Respectfully submitted,

February 4, 2008

Joseph Johnson, Jr.
607 Audrey Lane #102
Oxon Hill, MD   20745

---

motion for "summary judgment", and no party in this case has filed either of these type pleadings. Thus, Plaintiff's First Amended Complaint was properly filed in this case.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that, on this 4th day of February 2008, copies of Plaintiff's Opposition to Defendant ACS's Motion to Dismiss, and Proposed Order were served upon the following, via U.S. mail, first class postage prepaid:

> U.S. Department of Education
> Margaret Spellings, Secretary
> 400 Maryland Avenue, SW, FOB-6
> Washington, DC   20202
>
> And
>
> William W. Thompson, Jr.
> Attorney for Defendant ACS
> PECKAR & ABRAMSON, P.C.
> 1133 21[st] Street, NW, Suite 500
> Washington, DC   20036

Joseph Johnson, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH JOHNSON, JR. | ) |
| Plaintiff, | ) |
| Vs. | ) Civil No. **07-cv-02183 (JR)** |
| DEPARTMENT OF EDUCATION, et al., | ) |
| Defendants. | ) |

## **PROPOSED ORDER**

Upon consideration of Defendant ACS's Motion to Dismiss, and Plaintiff's

opposition filed thereto, it is therefore

ORDERED that Defendant ACS's Motion to Dismiss is DENIED as MOOT.

DATED this _____ day of _____, 2008.


_____
Honorable James Robertson
Untied States District Judge
District Court for the District of Columbia