IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2183 (JR) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
DEPARTMENT OF EDUCATION TO ANSWER THE COMPLAINT**

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., defendant United States Department of Education hereby moves for an extension of time to February 22, 2008, for it to file an answer in this case. Plaintiff, who is proceeding pro se, has consented to this extension of time. The additional time is needed because the Assistant U.S. Attorney assigned to this case (Claire Whitaker) is out of the office this week and not expected to return to the office until early next week. The additional time is, therefore, needed. Attached hereto is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2183 (JR) |

### ORDER

UPON CONSIDERATION of the motion on consent by defendant U.S. Department of Education for an extension of time to answer the complaint, it is this ___ day of _____, 2008,

ORDERED that the time for defendant U.S. Department of Education to answer the complaint is extended to February 22, 2008.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and counsel for defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing consent motion for extension of time to answer was served by first-class mail, postage prepaid to:

> Mr. Joseph Johnson, Jr.
> 607 Audrey Lane #102
> Oxon Hill, MD 20745

on this 12th day of February, 2008.

> /s/
> FRED E. HAYNES, DC Bar #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> 202.514.7201