# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **JOSEPH JOHNSON, JR.** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **U.S. DEPARTMENT OF EDUCATION,** | ) |
| **et al.,** | ) |
|  | ) |
| **Defendants.** | ) |

**Civil Action No. 07-2183 (JR)**

## ORDER

UPON CONSIDERATION of the motion on consent by defendant U.S. Department of Education for an extension of time to answer the complaint, it is this ___ day of _____, 2008,

ORDERED that the time for defendant U.S. Department of Education to answer the complaint is extended to February 22, 2008.

Copies to the pro se plaintiff
and counsel for defendants

JAMES ROBERTSON
United States District Judge