IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION )<br>*et al.* )<br>)<br>    Defendants ) | Case No. 1:07-cv-02183-JR |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant United Student Aid Funds, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of United Student Aid Funds, Inc., which have any outstanding securities in the hands of the public: None.

These representations are made in order that Judges of this Court may determine the need for recusal.

 

                                                         /s/
                         Brian F. Kenney (DC Bar # 420539)
                         Attorneys for USA Funds, Inc.
                         Miles & Stockbridge P.C.
                         1751 Pinnacle Drive, Suite 500
                         McLean, VA 22102
                         Phone: (703) 610-8664
                         Fax: (703) 610-8686
                         bkenney@milesstockbridge.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Claire M. Whitaker, Esq.
Attorney for U.S. Department of Education
United States Attorney's Office
555 4th Street, NW
Suite E-4204
Washington, DC 20816
Phone: (202) 514-7137
Fax: (202) 514-8780
claire.whitaker@usdoj.gov

Fred Elmore Haynes, Esq.
Attorney for U.S. Department of Education
United States Attorney's Office
555 4th Street, NW
Room E – 4110
Washington, DC 20530
Phone: (202) 514-7201
Fax: (202) 514-8780
fred.haynes@usdoj.gov

William W. Thompson, Jr., Esq.
Attorneys for ACS Education Solutions, LLC
Peckar & Abramson, P.C.
1133 21st Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 293-8815
Fax: (202) 293-7994
wthompson@pecklaw.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Joseph Johnson, Jr.
607 Audrey Lane #102
Oxon Hill, MD 20745
Phone: (301) 686-0531

Student Loan Marketing Association
220 Lasley Avenue
Wilkes-Barre, PA 18706

                                                  /s/
Brian F. Kenney (DC Bar # 420539)
Attorneys for USA Funds, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Phone: (703) 610-8664
Fax: (703) 610-8686
bkenney@milesstockbridge.com