IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH JOHNSON, JR.** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF EDUCATION** )<br>*et al.* )<br>)<br>**Defendants** ) | Case No. 1:07-cv-02183-JR |

## MOTION FOR ADMISSION *PRO HAC VICE*

Brian F. Kenney ("Movant"), a member in good standing of the Bar of the District of Columbia, an attorney admitted to practice before this Court, and a principal in the law firm of Miles & Stockbridge P.C., hereby moves the Court to enter an Order permitting James Douglas Cuthbertson, a principal with Miles & Stockbridge P.C. (the "Admittee") to practice *pro hac vice* before this Court to represent United Student Aid Funds, Inc. pursuant to LCvR 83.2(d). In support of the Motion, Movant states as follows:

1. The Admittee's the full name is James Douglas Cuthbertson. (Ex. A ¶ 4.)

2. Mr. Cuthbertson's office address is Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102, and his telephone number is (703) 610-8640. (*Id.* ¶ 5.)

3. Mr. Cuthbertson is a member in good standing of the Bar of the Commonwealth of Virginia and the District of Columbia Bar. Mr. Cuthbertson is admitted to practice in the Supreme Court of Virginia, the District of Columbia Court of Appeals, the United States District Courts for the Eastern and Western Districts of

Virginia, the United States Bankruptcy Court for the Eastern District of Virginia and the United States Court of Appeals for the Fourth Circuit. (*Id.* ¶ 6.)

4.  Movant certifies that Mr. Cuthbertson has not been disciplined by any bar. (*Id.* ¶ 7.)

5.  Mr. Cuthbertson has not been admitted *pro hac vice* in this Court within the last two years. (*Id.* ¶ 8.)

6.  Mr. Cuthbertson does not engage in the practice of law from an office located in the District of Columbia. (*Id.* ¶ 9.)

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form annexed hereto as Exhibit B, (i) permitting Mr. Cuthbertson to appear *pro hac vice* in association with Movant as counsel for United Student Aid Funds, Inc. in this case, and (ii) granting such other relief as is just.

/s/
Brian F. Kenney (DC Bar # 420539)
Attorneys for USA Funds, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Phone: (703) 610-8664
Fax: (703) 610-8686
bkenney@milesstockbridge.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Claire M. Whitaker, Esq.
Attorney for U.S. Department of Education
United States Attorney's Office
555 4th Street, NW
Suite E-4204
Washington, DC 20816
Phone: (202) 514-7137
Fax: (202) 514-8780
claire.whitaker@usdoj.gov

Fred Elmore Haynes, Esq.
Attorney for U.S. Department of Education
United States Attorney's Office
555 4th Street, NW
Room E – 4110
Washington, DC 20530
Phone: (202) 514-7201
Fax: (202) 514-8780
fred.haynes@usdoj.gov

William W. Thompson, Jr., Esq.
Attorneys for ACS Education Solutions, LLC
Peckar & Abramson, P.C.
1133 21st Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 293-8815
Fax: (202) 293-7994
wthompson@pecklaw.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Joseph Johnson, Jr.
607 Audrey Lane #102
Oxon Hill, MD 20745
Phone: (301) 686-0531

Student Loan Marketing Association
220 Lasley Avenue
Wilkes-Barre, PA 18706

                                                       /s/
Brian F. Kenney (DC Bar # 420539)
Attorneys for USA Funds, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Phone: (703) 610-8664
Fax: (703) 610-8686
bkenney@milesstockbridge.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION )<br>*et al.* )<br>)<br>    Defendants ) | Case No. 1:07-cv-02183-JR |

## DECLARATION OF BRIAN F. KENNEY

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could, and would, testify competently to each of the facts set forth herein.

2. I am a Principal with the law firm of Miles & Stockbridge P.C. My current business address is Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102.

3. I am a member in good standing of the Bar of the District of Columbia and am admitted to practice before the United States District Court for the District of Columbia.

4. The Admittee's the full name is James Douglas Cuthbertson.

5. Mr. Cuthbertson's office address is Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102, and his telephone number is (703) 610-8640.

6. Mr. Cuthbertson is a member in good standing of the Bar of the Commonwealth of Virginia and the District of Columbia Bar. Mr. Cuthbertson is admitted to practice in the Supreme Court of Virginia, the District of Columbia Court of Appeals, the United States District Courts for the Eastern and Western Districts of Virginia, the United

States Bankruptcy Court for the Eastern District of Virginia and the United States Court of Appeals for the Fourth Circuit.

7. I certify that Mr. Cuthbertson has not been disciplined by any bar.

8. Mr. Cuthbertson has not been admitted *pro hac vice* in this Court within the last two years.

9. Mr. Cuthbertson does not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2008.

By: _____
BRIAN F. KENNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION )<br>*et al.* )<br>)<br>    Defendants ) | Case No. 1:07-cv-02183-JR |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the motion (the "Motion") of Brian F. Kenney, Esq., a principal with the law firm of Miles & Stockbridge, P.C., for the admission *pro hac vice* of James Douglas Cuthbertson, Esq.; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore; it is, by the United States District Court for the District of Columbia, hereby:

ORDERED that James Douglas Cuthbertson is permitted to appear *pro hac vice* as counsel to United Student Aid Funds, Inc., in the above-captioned matter.

Dated this ____ day of _____, 2008.

                                              _____
                                              The Honorable James Robertson
                                              United States District Judge
                                              United States District Court for the District of Columbia

Pursuant to LCvR 7(k), the Parties to be served are:

Brian F. Kenney
Attorneys for USA Funds, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Phone: (703) 610-8664
Fax: (703) 610-8686
bkenney@milesstockbridge.com

Claire M. Whitaker, Esq.
Attorney for U.S. Department of Education
United States Attorney's Office
555 4th Street, NW
Suite E-4204
Washington, DC 20816
Phone: (202) 514-7137
Fax: (202) 514-8780
claire.whitaker@usdoj.gov

Fred Elmore Haynes, Esq.
Attorney for U.S. Department of Education
United States Attorney's Office
555 4th Street, NW
Room E – 4110
Washington, DC 20530
Phone: (202) 514-7201
Fax: (202) 514-8780
fred.haynes@usdoj.gov

William W. Thompson, Jr., Esq.
Attorneys for ACS Education Solutions, LLC
Peckar & Abramson, P.C.
1133 21st Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 293-8815
Fax: (202) 293-7994
wthompson@pecklaw.com

Joseph Johnson, Jr.
607 Audrey Lane #102
Oxon Hill, MD 20745
Phone: (301) 686-0531

Student Loan Marketing Association
220 Lasley Avenue
Wilkes-Barre, PA 18706