|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>FEB 2 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

JOSEPH JOHNSON, JR., :
:
    Plaintiff, :
:
    v. : Civil Action No. 07-2183 (JR)
:
U.S. DEPARTMENT OF EDUCATION, et :
al., :
:
    Defendants. :

### ORDER

Upon consideration of defendant United Student Aid Funds, Inc.'s motion for the *pro hac vice* appearance of James Douglas Cuthbertson [15], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

 

_____
JAMES ROBERTSON
United States District Judge