UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH JOHNSON, JR.                    )
    Plaintiff,                              )
Vs.                                                 ) Civil No. 7-2183(JR)
U.S. DEPARTMENT OF EDUCATION, et al.,   )
    Defendants.                            )

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective March 1, 2008, the Plaintiff, Joseph Johnson, Jr., current mailing address for all purpose will be as follows:

2600 Brinkley Road, #1005
Fort Washington, MD 20744

All future pleadings should be sent to the Plaintiff at the address noted above.

The Clerk of Court would please update the Plaintiff's address to reflect the above change of address.

Respectfully submitted,

February 27, 2008

_____
Joseph Johnson, Jr.

### CERTIFICATE OF SERVICE

On February 27, 2008, a copy of the foregoing Notice of Change of Address was mailed to all parties and counsel of record, by regular, first-class mail, postage prepaid.

_____
Joseph Johnson, Jr.

**RECEIVED**
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT