**CT**
a Wolters Kluwer business

CT
100 Pine Street
Suite 325
Harrisburg, PA 29601

717 234 6004 tel
717 234 6024 fax
www.ctlegalsolutions.com

March 24, 2008

United States District Court
District of Columbia
Civil Clerk's Office,
333 Constitution Avenue, NW,
Washington, DC 20001

Re: Joseph Johnson, Jr., Pltf. vs. U.S. Department of Education, et al. including Student Loan Marketing Association, Dfts.

Case No. 1:07-cv-02183

Dear Sir/Madam:

We are herewith returning the Summons in a Civil Case and Return of Service, First Amended Complaint, Certificate of Service which we received regarding the above captioned matter.

Student Loan Marketing Association is not listed on our records or on the records of the State of PA.

Very truly yours,

*Karen Jones*

Karen Jones
Fulfillment Specialist

Log# 513226360

**RECEIVED**

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Johnson, Jr.

**SUMMONS IN A CIVIL CASE**

V.

U.S. Department of Education, et al.,

CASE NUMBER: 1:07-cv-02183 JR

TO: (Name and address of Defendant)

**STUDENT LOAN MARKETING ASSOCIATION**
**220 LASLEY AVENUE**
**WILKES-BARRE, PA 18706**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Johnson, Jr.
607 Audrey Lane #102
Oxon Hill, MD  20745

an answer to the complaint which is served on you with this summons, within ___-20-___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                            JAN 14 2008

CLERK                                                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.