UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, <u>et</u> <u>al</u>. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2183 (JR) |

**NOTICE OF FILING ADMINISTRATIVE RECORD (Bulky filing)**

Defendant U.S. Department of Education files herewith a copy of the Administrative Record in this case. Defendant also provides the Court and Plaintiff with a disk of same.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice and copies of the Administrative Record and disk, were served by First-Class mail, postage prepaid on:

JOSEPH JOHNSON, JR.
607 Audrey Lane #102
Oxon Hill, MD 20745

on this 25th day of April, 2008.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137